# *Exhibit "A"*

| Page: 1 | Report Date: 07/09/2005 | Agency: Rehoboth Beach PD | | | | Complaint #: 73-05-002732 |
|---|---|---|---|---|---|---|

| Reported Date and Time: 07/09/2005 1146 | Field Service Report | Occurred: SAT 07/09/2005 1120 |
|---|---|---|

**Location:**
229 REHOBOTH AVE   Rehoboth Beach, DE 19971
BLDG & LCSNG PARKING LOT

| Grid 218-110 | Sector 7B | County Sussex | Domestic Related ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No |
|---|---|---|---|---|---|

## Crimes and Associated Information

| Victim Number | Crime Seq 001 | Statute | Crime Description | | |
|---|---|---|---|---|---|
| Location Of Offense | | Status | | Involvement: ☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 8105 - Non-Criminal | | | | |
| Burglary Force Involved ☐Yes ☐No | | | | | |

## Witness Information

| Sequence 001 | Type Person Contacted | Name HILL, JOE | Sex Unknown | Race | Age | D.O.B |
|---|---|---|---|---|---|---|
| Address 42 HENLOPEN AVE (302)542-1277 Rehoboth Beach, DE 19971 | | Home Telephone | Employer/School | | | Work Telephone |

### Investigative Narrative

On 7/09/05 at approx. 1120 hrs. I was dispatched to the parking lot by the Building and Licensing office in reference to a complaint of political campaign signs placed in the back of a City of Rehoboth Beach vehicle belonging to the Building and Licensing office.

Upon arrival, I contacted Joe Hill. He advised that the signs should not have been picked up. He advised that he had already tried to speak with the city manager, Greg Ferrese; however, he was busy. I advised him that I would speak with Mr. Ferrese about the matter. Hill advised that he was going to take pictures of the signs in the back of the vehicle.

I spoke with Mr. Ferrese at approx. 1130 hrs., and he advised that the signs should not have been picked up, and he did not know why they had been. I had taken two polaroid photos of the signs that were in the back of the vehicle, and Mr. Ferrese held on to them. He advised me to give Hill permission to remove the signs from the back of the vehicle. I advised Hill that he could remove the signs, and he advised that he did not want to do that. He advised that he had already contacted the mayor, Sam Cooper, in reference to this matter as well. Hill advised that he was going to wait for Mr. Cooper to respond to his location.

The mayor and the city manager were both advised of the complaint. Hill did not wish to do as the city manager suggested. No further action was taken.

| Reporting Officer PTLM CLEVELAND - 7325 2 | Supervisor Approval Date 07/09/2005 1159 | | | |
|---|---|---|---|---|
| Detective Notified | Referred To | | | |
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M.O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Identified | Status Closed |