UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political action committee, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REHOBOTH BEACH, DELAWARE, and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. ) ) ) ) ) ) ) |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Robert Sokolove, David McCarthy, William Shields and Citizens for Rehoboth Beach hereby move the Court pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order enjoining defendants City of Rehoboth Beach, Delaware ("City") and Gregory Ferrese from removing plaintiffs' campaign signs from private property or public property or rights-of-ways located within the City. The bases for the requested relief are set forth in Plaintiffs' Memorandum In Support Of Motion For Temporary Restraining Order filed contemporaneously herewith.

_[signature]_
Shawn P. Tucker, Esq. (#3326)
Todd C. Schiltz. Esq. (#3253)
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Plaintiffs

July 21, 2005

WIL:53212.1/999999-999999