# *Exhibit "1"*

State of Delaware
County of Sussex

### AFFIDAVIT OF MELISSA E. CARGNINO

BE IT REMEMBERED that on this 12th day of July, 2005, personally appeared before me, the subscriber, a notary public for the County and State aforesaid, MELISSA E. CARGNINO, being first duly sworn, deposes and says:

1. Affiant is over 21 years of age.

2. Affiant resides at 110 Bayfront Drive, Oceanview, DE, 19944.

3. Affiant is employed as an associate at Phillips, Goldman and Spence, P.A.

4. On July 6, 2005, Affiant spoke to City Manager Greg Feresse inquiring into any restrictions the City of Rehoboth Beach has on the placement of election campaign signs on public property.

5. Affiant specifically asked City Manager Feresse about claims that City of Rehoboth Beach trash collectors had been removing election campaign signs.

6. City Manager Feresse told Affiant that he was aware that election campaign signs were currently posted in public areas, and that the City would not remove them. He stated that the claims that City of Rehoboth Beach trash collectors were removing election campaign signs were false and only rumors.

7. City Manager Feresse told Affiant that the only place election campaign signs were prohibited was in the newly redone street scape public area due to new plantings.

8. Immediately following Affiant's conversation with City Manager Feresse, she left a voice mail for Betty Mann-Beebe detailing her conversation with Feresse.

9. Betty Mann-Beebe has advised Affiant that she still has the voice mail saved on her telephone.

_____
Melissa E. Cargnino

SWORN TO AND SUBSCRIBED before me this 12th day of July, 2005

_____
NOTARY PUBLIC

BONNIE D. BURSLEM
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 8, 2007