# *Exhibit "2"*

# AFFIDAVIT OF JOSEPH B. HILL

State of Delaware       )
                        )   ss:
County of Sussex        )

I, Joseph B. Hill, hereby declare and aver as follows:

1. I reside at 42 Henlopen Avenue, Rehoboth Beach, Delaware. I have been a resident of Rehoboth Beach ("City") since 1944.

2. Since 1965, I have been a licensed realtor conducting business in the City. Based on my experience as a realtor, it is my understanding that: (i) with respect to City streets with curbs and sidewalks, the City owns the real property located between the curb and the far edge of the sidewalk; and (ii) with respect to City streets without curds or sidewalks, the City owns at least twenty feet of real property extending in from the edge of the street.

3. From 1965 to the present, I have listed in excess of 8,000 residential and commercial properties for sale and/or rent. During this period, I placed realty "For Sale" of "For Rent" signs in front of almost all of my property listings located within the City and most of those signs were placed on real property owned by the City. Except for one occasion in 2003, the City has never removed one of my realty signs from City property over the past forty years.

4. In 2002, I ran for political office in the City. My campaign signs were placed on private property, public property and public rights-of-way. The Friday before the election, I placed signs at the end of every street in the city near the boardwalk. At no time did the City ever ask me to remove my campaign signs from City property or rights-of-way and at no time did the City remove my signs from City property or the rights-of-way.

WIL:53223.1/999999-999999

5.  Attached hereto as Exhibits A through R are photographs taken in my presence on July 18, 2005 and July 20, 2005. The pictures fairly and accurately portray scenes in the City as they appeared on July 18 and July 20. Those pictures show the following:

(a)  Samuel Cooper, Ronald Paterson and Dennis Barbour campaign signs located at the intersection of State Road and Lee Street (Exhibit A);

(b)  Samuel Cooper, Ronald Paterson and Dennis Barbour campaign signs located on the west side of State Road (Exhibit B);

(c)  Samuel Cooper, Ronald Paterson and Dennis Barbour campaign signs located at the intersection of Dover Street and Columbia Avenue (Exhibit C);

(d)  Dennis Barbour campaign sign located on the south side of 6th Street (Exhibit D);

(e)  Dennis Barbour and Ronald Paterson campaign signs located at the intersection of New Castle Street Extension and Bay Road (Exhibit E);

(f)  Dennis Barbour and Ronald Paterson campaign signs located at 53 Columbia Avenue (Exhibit F);

(g)  City of Rehoboth Beach Convention Center sign located on Rehoboth Avenue (Exhibit G);

(h)  Coldwell Banker/Rehoboth Resort Realty For Sale sign located at corner of Lee Street and Bay Road (Exhibit H);

(i)  North Star Heating Company sign located on Lake Avenue (Exhibit I);

  (j) Tot Lot sign in Lake Gerar Park listing individual and commercial sponsors of facility (Exhibit J);

  (k) Village Improvement Association sign located at Grenoble Place (Exhibit K);

  (l) Art League sign located on corner of 2nd Street and Oak Avenue (Exhibit L);

  (m) Art League sign located on corner of 2nd Street and Henlopen Avenue (Exhibit M);

  (n) Tree City USA sign located near Lake Gerar Park (Exhibit N);

  (o) Oak Grove Trailer Park sign located on 6th Street (Exhibit O);

  (p) Henlopen Acres sign located at entrance to neighborhood (Exhibit P);

  (q) Wilbur - Sherman - Corkran sign located at entrance of Henlopen Acres (Exhibit Q); and

  (r) Oak Grove Trailer Park sign located on 6th Street (Exhibit R);

 6. It is my understanding that each of the signs shown on Exhibits A through R are erected on City property.

 7. These photographs demonstrate that the City has not required the removal or removed all private signs, advertisements or posters on public property located within the City. In particular, as depicted in Exhibits A through F, the City has not removed the campaign signs

posted by Samuel Cooper, the City's incumbent Mayor, or Ronald Paterson or Dennis Barbour, two candidates for City Commissioner supported by Mayor Cooper, notwithstanding the fact their signs are located on public property.

_____
Joseph B. Hill

Sworn to before me this 21st day of July, 2005

_____
Notary Public

My commission expires:



WIT:53223.1/999999-999999      - 4 -