# *Exhibit "A"*

*Filed separately in hard copy with the Court*