# *Exhibit "B"*

*Filed separately in hard copy with the Court*