# *Exhibit "C"*

*Filed separately in hard copy with the Court*