# *Exhibit "D"*

# *Filed separately in hard copy with the Court*