# *Exhibit "E"*

*Filed separately in hard copy with the Court*