# *Exhibit "F"*

*Filed separately in hard copy with the Court*