# *Exhibit "G"*

*Filed separately in hard copy with the Court*