# *Exhibit "H"*

*Filed separately in hard copy with the Court*