# *Exhibit "I"*

*Filed separately in hard copy with the Court*