# *Exhibit "J"*

*Filed separately in hard copy with the Court*