# *Exhibit "K"*

*Filed separately in hard copy with the Court*