# *Exhibit "L"*

# *Filed separately in hard copy with the Court*