# *Exhibit "M"*

*Filed separately in hard copy with the Court*