# *Exhibit "N"*

*Filed separately in hard copy with the Court*