# *Exhibit "O"*

*Filed separately in hard copy with the Court*