# *Exhibit "P"*

*Filed separately in hard copy with the Court*