# *Exhibit "Q"*

*Filed separately in hard copy with the Court*