# *Exhibit "3"*

**Silverstein, Charles K**

To...
Cc...
Bcc...
   Subject:
Attachments:

To Mr. Bob Sokolove
Fax: 302-226-5901

On Saturday evening, July 9, 2005, I was with Bob Sokolove at his restaurant located at 59 Lake Avenue, Rehoboth Beach, Delaware. As we were sitting at the table, Bob was informed by his Valet Parking attendant that his campaign signs had been removed from his restaurant property as well as up and down Lake Avenue by someone in a city truck.  Bob and I went to the City's Office of Building Permits where we saw Mr. Onizuk's office light on as he was working at his desk.  We both spoke to Mr. Walter Onizuk who identified himself as Code Enforcement Officer for the City of Rehoboth Beach and seemed to know Bob Sokolove.  Mr. Onizuk stated that he personally removed the campaign signs at the direction of his boss, Mr. David Murphy who asked for them to be removed from city right of way property.  When asked by Bob as to why Mr. Murphy would provide such direction, Mr. Onizuk stated that Mr. Murphy was directed to remove Mr. Sokolove's signs by Mr. Greg Ferresse. Mr. Onizuk then reviewed the sign ordinance in the Code Book with us and agreed that he saw no regulation regarding political signs and stated he was unsure as to why the City would direct the removal of these signs.

I personally observed the discussion. In addition, I observed Bob's signs in the City of Rehoboth's vehicle. There were approximately six of his signs in the bed of the City pick-up truck which we removed and put into Mr. Sokolove's car with Mr. Onizuk's approval. The above events transpired between approximately 11:00 pm and midnight on July 9, 2005.
The above is true and correct to the best of my knowledge and recollection.

Charles Silverstein
9446 Johnson Road Ext.
Germantown, Tennessee 38139

*[signature: Charles Silverstein]*

District of Columbia:

Subscribed And Sworn to before me this 21st day of July, 2005

*[signature: Sharon E. Young]*
Notary Public

SHARON E. YOUNG
Notary Public, District Of Columbia
My Commission Expires 2-28-07