# *Exhibit "4"*

## AFFIDAVIT OF ROBERT D. SOKOLOVE

I, Robert D. Sokolove, state that the following is true and correct:

1. My wife and I are owners of 59 Lake restaurant, located at 59 Lake Ave, Rehoboth Beach, Delaware.
2. I am running for the Office of Mayor for the City of Rehoboth Beach.
3. On or about June 7, 2005, I personally placed a series of campaign signs in the ground bearing the name of "Bob Sokolove for Mayor" as well as signs bearing the name of "Dave McCarthy and Bill Shields for City Commissioner". These signs were placed, among other locations, up and down both sides of Lake Avenue on areas listed as city right-of-way and on private property.
4. Among the signs located on private property, were signs that I placed on my own property in flower beds located in and around my restaurant. Additionally, I placed them on the front lawns of three bed-and-breakfast properties owned by campaign supporters and in and around the street areas, but on the grass, of other land owners with permission.
5. On July 9, 2005, at approximately 10:30pm, valet attendance at my restaurant informed me that all of the signs on public and private land had just been removed by a city employee driving a city-marked vehicle.
6. I went to the city offices at approximately midnight and confronted Code Enforcement Officer, A. Walter Onizuk. Mr. Onizuk informed me and a colleague, Charles Silverstein, that he was directed to remove all of our signs by his superior, David Murphy. When asked why such a direction would be given, he stated that Mr. Murphy was directed to do so by the City Manager, Greg Ferresse.
7. I reviewed the City Code with Mr. Onizuk as it related to prohibition of signs. Mr. Onizuk stated that he saw no provision regulating political signs and it was unclear to him, as he stated, as to why he was directed to remove our political signs.
8. Thereafter, I located approximately 10 of our political signs in the bed of the city's white pick-up truck bearing the insignia of the City of Rehoboth Beach on either of the vehicle's doors. I removed my signs and returned them to my vehicle.

_____    7-20-05
Robert D. Sokolove                 Date

*This certificate is attached to a __1__ page document dealing with/entitled _AFFIDAVIT_ ...and dated _07/20/05_

## AFFIDAVIT/JURAT

State of Delaware
County of Sussex

Signed and sworn to (or affirmed) before me this __20__ day of __JULY__, 200__5__,
by __ROBERT D. SOKOLOVE__.

_____
Signature of Notary Public, State of Delaware

__WILLIAM H. MANN__
Commissioned Name of Notary Public

☒ Personally Known
☐ Produced Identification

Type of Identification: _____

[Notary Seal: WILLIAM H. MANN, MY COMMISSION EXPIRES December 28, 2006, NOTARY PUBLIC, STATE OF DELAWARE]