UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political action committee, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REHOBOTH BEACH, DELAWARE, and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, <br><br> Defendants. | Case No. |

**NOTICE OF PAPER FILING WITH THE COURT**

PLEASE TAKE NOTICE that Exhibits A through R of the Affidavit of Joseph B. Hill, and affidavit which is filed in support of Plaintiffs' Motion for Temporary Restraining Order and was attached to Plaintiffs' Memorandum In Support Of Motion For Temporary Restraining Order, have been submitted to the Court in a paper filing and were not filed electronically. The Exhibits were not filed electronically because they are photographs and could not be legibly reproduced in an electronic format.

_/s/ Shawn P. Tucker_
Shawn P. Tucker, Esq. (#3326)
Todd C. Schiltz. Esq. (#3253)
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Plaintiffs

July 21, 2005

WIL:53225.1/999999-999999