# WolfBlock

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Todd C. Schiltz
Direct Dial: (302) 777-0312
Direct Fax: (302) 778-7812
E-mail:    tschiltz@wolfblock.com

July 21, 2005

**VIA HAND DELIVERY**

Clerk, US District Court
844 North King Street
Room 4209
Wilmington, DE 19801

Re:    Sokolove v. City of Rehoboth Beach, Delaware

Dear Sir/Madam:

Enclosed is a copy of the Verified Complaint, plaintiffs' Motion For Temporary Restraining Order and Plaintiff's Memorandum In Support of Motion For Temporary Restraining Order that I am filing contemporaneously herewith. These papers ask the Court to grant plaintiffs immediate injunctive relief enjoining defendants from further violating plaintiffs' First Amendment right to free speech. In particular, defendants have violated and continue to violate plaintiffs' constitutional rights by removing plaintiffs' campaign signs - but not the signs of other candidates - that plaintiffs erect in the City of Rehoboth Beach, Delaware. Plaintiffs are erecting their campaign signs in connection with an August 13, 2005 municipal election in which the electorate will select the next Mayor and two City Commissioners for Rehoboth Beach.

Given the nature of defendants' conduct and the fact the election is just days away, we respectfully request that the Court handle this case on an emergency basis and that these papers be forwarded to the first available District Court Judge so that plaintiffs' Motion For Temporary Restraining Order can be scheduled immediately for a hearing.

WIL:53211.1/999999-999999

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

Clerk, US District Court
July 21, 2005
Page 2

      Copies of this letter and the enclosed have been forwarded to counsel for defendants.

                                                   Respectfully,

                                                   Todd C. Schiltz
                            For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

TCS/ck
Enclosure

cc:    Eugene M. Lawson, Jr., Esquire (via Federal Express)
        Walter W. Speakman, Jr., Esquire (via Federal Express)
        William J. Rhodunda, Jr., Esquire (via Hand Delivery)