UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political action committee, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REHOBOTH BEACH, DELAWARE, and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. 05-514 (KAJ) ) ) ) ) ) ) ) |

## NOTICE OF DEPOSITION

TO:  William J. Rhodunda, Jr., Esq.
     Oberly, Jennings & Rhodunda, P.A.
     800 Delaware Avenue, Suite 901
     Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on July 25, 2005, at 9:30 a.m. at the offices of Century Twenty-One, 19606 Coastal Highway, Rehoboth Beach, Delaware 19971, plaintiffs Robert Sokolove, David McCarthy, William Shields and Citizens for Rehoboth Beach will take the deposition upon oral examination of the City of Rehoboth Beach, Delaware ("City") by and through A. Walter Onizuk and each employee of the City who removed any signs, posters or advertisements from any private property, public property or public rights-of-way located within the City since July 1, 2005.

The depositions will be taken and recorded pursuant to the Federal and Local Rules of Civil Procedure before a court reporter or other person authorized to administer oaths and shall continue until completed.  All parties are invited to attend and participate.

WIL:53232.1/999999-999999

*[signature]*
Shawn P. Tucker, Esq. (#3326)
Todd C. Schiltz. Esq. (#3253)
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Plaintiffs

July 22, 2005