## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on July 22, 2005, a copy of the attached Notice of Deposition was served upon the following counsel of record:

### BY HAND-DELIVERY

William J. Rhodunda, Jr. Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue
Suite 901
P.O. Box 2054
Wilmington, DE  19899

_____
Todd C. Schiltz, Esquire (No. 3253)

DATED: July 22, 2005

WIL:53071.1