**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political action committee,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE, and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,<br><br>    Defendants. | C.A. No. 05-00514 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 22nd day of July 2005, a true and correct copy of DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS were served on the following individuals by electronic mail:

Shawn P. Tucker, Esquire
Todd C. Schiltz, Esquire
Wolf Block Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
stucker@wolfblock.com
tschiltz@wolfblock.com
(302) 778-7812 – Facsimile

                                      /s/ William J. Rhodunda, Jr.
                                      WILLIAM J. RHODUNDA, JR. (No. 2774)
                                      Oberly, Jennings & Rhodunda, P.A.
                                      800 Delaware Avenue, Suite 901
                                      Wilmington, Delaware 19801
                                      (302) 576-2000 – telephone
                                      (302) 576-2004 – facsimile

                                      Attorney for Defendants

Dated: July 22, 2005