IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-514-KAJ |
| | ) |
| CITY OF REHOBOTH BEACH, DELAWARE, ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon plaintiffs' motion for temporary restraining order (D.I. 2), and pursuant to the ex-parte teleconference held on Thursday, July 21, 2005, the transcript of which is available to all parties, a preliminary injunction hearing is scheduled to begin at 10:00 a.m. on July 26, 2005 at which the parties will present any argument and evidence in support of or in opposition to the motion.

Expedited discovery in preparation for the hearing has been and shall be permitted.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2005
Wilmington, Delaware