# WolfBlock

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Todd C. Schiltz
Direct Dial: (302) 777-0312
Direct Fax: (302) 778-7812
E-mail:    tschiltz@wolfblock.com

July 25, 2005

**VIA HAND DELIVERY AND E-FILE**

The Honorable Kent A. Jordan
U.S. District Court for the District of
Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    Sokolove v. City of Rehoboth Beach, No. 05-514 (KAJ)

Dear Judge Jordan:

    I write pursuant to Your Honor's request for a status report on the parties' discussions regarding the July 26, 2005 hearing in this matter.

    On July 21, 2005, at approximately 5:00 p.m., Your Honor entered an ex parte order scheduling an evidentiary hearing and oral argument on plaintiffs' motion for injunctive relief. Following the conclusion of the scheduling conference, I called William J. Rhodunda, Esq., counsel for defendants, and left him a voice mail message stating that Your Honor had issued an oral order scheduling an evidentiary hearing and oral argument for July 26, at 10:00 a.m. and authorizing the parties to engage in expedited discovery prior to the hearing. My message also stated, among other things, that the parties were free to submit additional papers in support of or opposition to plaintiffs pending motion and that Your Honor had asked the parties to submit an Order memorializing your rulings from the July 21 conference. At that time, I also placed two calls to Walter W. Speakman, Jr., Esq., City Solicitor for the City of Rehoboth Beach, to advise him of the results of the ex parte scheduling conference. Neither of my calls to Mr. Speakman were answered by a person or a automatic answering service.

    Having not heard back from Mr. Rhodunda, I called him on July 22 at approximately 9:30 a.m. He was with clients and unavailable. At approximately 10:15 a.m., Mr. Rhodunda and Mr. Speakman returned my call, at which time I began discussing issues regarding the hearing scheduled for July 26. Mr. Rhodunda and Mr. Speakman stated they were unaware of the scheduling of the hearing. When I told Mr. Rhodunda I had left him a voice mail message,

WIL:53248.1/999999-999999

The Honorable Kent A. Jordan
July 25, 2005
Page 2

he stated he had not reviewed the voice mail messages left for him the previous day. Mr. Speakman stated that his office has no after hours answering service and, thus, he has no ability to receive messages after 5:00 p.m.

Following our call, I sent counsel for defendants a draft form of Order related to the July 21 scheduling conference and two Notices of Deposition. Later in the day on July 22, defense counsel advised me that they wanted to depose the individual plaintiffs and sent me interrogatory requests which they requested be answered prior to the plaintiffs' depositions. Defendants requested that each of the individual plaintiffs appear for deposition today.

The parties are proceeding with depositions today. Plaintiffs are examining four representatives of the City of Rehoboth and defendants will depose the three individual plaintiffs. Plaintiffs will provide a written response to defendants' interrogatories before the individual plaintiffs are deposed.

Defendants have never provided me with any comments on the draft proposed form of Order I sent to them on July 22.

As always, I am available at the Court's convenience should Your Honor have any questions regarding this matter.

Respectfully,

Todd C. Schiltz (#3253)
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

TCS/bg

cc:   Clerk of Court (By E-file)
      Walter W. Speakman, Jr., Esquire (By Fax)
      William J. Rhodunda, Jr., Esquire (By E-mail)

WIL:53248.1/999999-999999