<u>AFFIDAVIT OF RICHARD SARGENT</u>

STATE OF DELAWARE      :
                       : SS
COUNTY OF SUSSEX       :

COMES NOW, your affiant, Richard Sargent, and deposes and says:

1. That I have been a resident of the City of Rehoboth Beach (City), Delaware, since 1989.

2. That I am currently a resident commissioner for the City having been elected in 2004, and also in the years 1995, 1998 and 2001.

3. Before having placed any of my campaign signs for the aforesaid elections, and/or having others do it for me (with the exception of the year 2001 where I had no opponent and I did not have campaign signs), I was aware that campaign signs were prohibited from being in the public right-of-way of the City and City-owned property.

4. During my election campaigns, I tried to always place my campaign signs on private property and not on public property.

5. My observation since 1995 of election campaigns in the City has been that generally candidates for City offices have not placed their campaign signs on the City-owned property or right-of-ways.

_____
RICHARD SARGENT

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid on this 25TH day of July, 2005.

_____
Notary Public

BARBARA L. BUNTING
Notary Public, Delaware
My Commission Expires 9/15/06