AFFIDAVIT OF J. PATRICK GOSSETT

WASHINGTON, D.C.

DISCTRICT OF COLUMBIA

COMES NOW, your affiant, J. Patrick Gossett, and deposes and says:

1. I bought a property in 1996 at 16 Dover Street in The City of Rehoboth Beach, Delaware (City), and since that time have spent a great deal of time in Rehoboth Beach at my home on weekend, vacations and holidays.

2. I am currently a Commissioner for the City, having been elected by the registered voters of the City in the 2004 election.

3. Before having placed any of my campaign signs for the 2004 election, and/or having others do it for me, I was aware that campaign signs were prohibited from being placed in the public right of way of the City.

4. During the 2004 campaign, I personally removed two of my campaign signs that had been mistakenly placed on City property by individuals who were campaigning for my election.

_____
J. Patrick Gossett

SWORN TO AND SUBSCRIVE before me, a Notary Public for the District of Columbia aforesaid on this 25th day of July, 2005

_____
Notary Public

My Commission Expires 10-14-2006