<u>AFFIDAVIT OF CHARLES WILLIAM BAHAN</u>

STATE OF DELAWARE   :
                    : SS
COUNTY OF SUSSEX    :

COMES NOW, your affiant, Charles William Bahan, and deposes and says:

1. I reside at 215 Laurel Street in The City of Rehoboth Beach.

2. I bought the aforesaid property in 1982, and in 1982 I registered to vote as a non-resident property owner.

3. I became a full-time resident of Rehoboth Beach in 1991.

4. I ran for Mayor in 1996 against the incumbent Mayor of the City of Rehoboth Beach (City), Sam Cooper.

5. In the 1996 election campaign for Mayor of the City, I never placed any of my political campaign signs in the public right of way for the City.

6. Since 1982, I have observed little, if any, political campaign signs placed in the City's public right of way.

_____
CHARLES WILLIAM BAHAN

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid on this 25th day of July, 2005.

_____
Notary Public

BARBARA L. BUNTING
Notary Public, Delaware
My Commission Expires 9/15/06