## CERTIFICATE OF SERVICE

I, William J. Rhodunda, Jr., hereby certify that a copy of the foregoing Defendants' Memorandum in Opposition to Plaintiffs' Motion for Temporary Restraining Order was served via efiling and facsimile on the following:

Shawn P. Tucker, Esq.
Todd C. Schiltz, Esq.
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE  19801
Facsimile: 778-7812

                                             /s/ William J. Rhodunda, Jr.
                                             WILLIAM J. RHODUNDA, JR. (NO. 2774)