## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, )<br>WILLIAM SHIELDS, and CITIZENS FOR )<br>REHOBOTH BEACH, a political action committee,)<br>)<br>Plaintiffs,      )<br>)<br>v.      )<br>)<br>CITY OF REHOBOTH BEACH, DELAWARE,<br>and GREGORY FERRESE, individually and as  )<br>Manager of the City of Rehoboth Beach, Delaware, )<br>)<br>Defendants.      ) | **SUMMONS IN A CIVIL ACTION**<br><br><br>Case No.    0 5 — 5 1 4 |

TO:   CITY OF REHOBOTH BEACH, DELAWARE
      Rehoboth Beach City Manager's Office
      229 Rehoboth Avenue
      Rehoboth Beach, DE  19971

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney:

> Shawn Tucker, Esquire
> Wolf, Block Schorr and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 N. Market Street
> Suite 1001
> Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after serve.

PETER T. DALLEO                              7/21/05
_____          _____
CLERK                                        DATE

_____
BY DEPUTY CLERK

WIL:53218.1
AO 440 (REV. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE *7-22-05    8:40 a.m.* |
|---|---|

| NAME OF SERVER *(PRINT)* *Lori Hartnett* | TITLE *Process Server* |
|---|---|

*Check one box below to indicate appropriate method of service*

:    Served personally upon the defendant. Place where served:_____

: Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

: Returned unexecuted: _____

: Other (specify): *Served City of Rehoboth Beach, Delaware located at 229 Rehoboth Avenue, Rehoboth Beach DE 19971. Service was accepted by Renee Bennett*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *7-22-05*   *Lori Hartnett*
    Date    Signature of Server

*32 W Loockerman Square, Ste 109*
Address of Server *Dover DE 19904*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure