# OBERLY, JENNINGS & RHODUNDA, P.A.
800 Delaware Avenue - Suite 901
P. O. Box 2054
Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
----------
**Karen V. Sullivan**

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

July 28, 2005

**Via efiling & hand delivery**
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

   RE: **Sokolove, et al. v. City of Rehoboth Beach, et al., 05-514 (KAJ)**

Dear Judge Jordan:

  Enclosed please find transcripts of the 30(b)(6) deposition of the City of Rehoboth Beach through its corporate designees, Alexander W. Onizuk and David F. Murphy. Plaintiffs highlighted portions of the transcripts in yellow. Defendants highlighted portions of the transcripts in pink. Because of the highlighting, the transcripts are not being filed electronically.

  I am available at the convenience of the Court to answer any questions.

          **Respectfully submitted,**

          */s/ Karen V. Sullivan*
          **KAREN V. SULLIVAN (No. 3872)**

KVS/bld
Enclosure (via hand only)
cc: Dr. Peter T. Dalleo (via efiling)
   Shawn P. Tucker, Esquire (via efiling & hand delivery)
   Todd C. Schiltz, Esquire (via efiling & hand delivery)
   Walter W. Speakman, Jr., Esquire (via facsimile)