IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,<br><br>      Defendants. | Case No. 05 - 514 |

## SUBSTITUTION OF COUNSEL

TO:    Clerk, United States District Court
           For the District of Delaware
           844 King Street
           Wilmington, DE 19801

**PLEASE TAKE NOTICE** that Daniel A. Griffith, Esquire, hereby substitutes for William J. Rhodunda, Esquire, as counsel for defendants, **CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,** listed in the above-captioned matter.

| **OBERLY, JENNINGS & RHODUNDA, P.A.** | **MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN** |
|---|---|
| BY: /s/ William J. Rhodunda<br>WILLIAM J. RHODUNDA, ESQUIRE<br>I.D. No. 2774<br>800 Delaware Avenue<br>Suite 901<br>Wilmington, DE 19899<br>(302) 576-2000<br>Email: wrhodunda@ojlaw.com | BY: /s/ Daniel A. Griffith<br>DANIEL A. GRIFFITH, ESQUIRE<br>I.D. No. 4209<br>1220 N. Market St., Suite 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>(302) 552-4317<br>Email: dgriffith@mdwcg.com |

**SO ORDERED**, this _____ of _____, 2005.

                                                                  _____
                                                                      J.