UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political action committee, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CITY OF REHOBOTH BEACH, DELAWARE, and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, )<br><br>Defendants. ) | Case No. 05-514 (KAJ) |

### NOTICE OF SERVICE OF NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on August 24, 2005, I caused a true and correct copy of Notice of Deposition to be served on the below counsel of record by the manner indicated:

**Via First-Class Mail**

Daniel A. Griffith, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Walter W. Speakman, Jr., Esquire
Brown Shiels Beauregard & Chasanov
108 East Water Street
P.O. Drawer F
Dover, DE 19903

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

By: _____
Shawn P. Tucker (#3326)
Todd C. Schiltz (#3253)
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorney for Plaintiffs

Dated: August 25, 2005

WIL:53605.1/sok014-230196

## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on August 25, 2005, a copy of the attached Notice of Service of Notice of Deposition was served upon the following counsel of record:

### BY FIRST-CLASS MAIL

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Walter W. Speakman, Jr., Esquire
Brown, Shiels, Beauregard & Chasanov
108 East Water Street
P.O. Drawer F
Dover, DE 19903

_____
Todd C. Schiltz (No. 3253)

DATED: August 25, 2005

WIL:53606.1