

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Todd C. Schiltz
Direct Dial: (302) 777-0312
Direct Fax: (302) 778-7812
E-mail:    tschiltz@wolfblock.com

September 30, 2005

**VIA HAND DELIVERY**

Honorable Kent A. Jordan
United States District Court
844 King Street
Room 6325
Wilmington, DE 19801

    Re:    Sokolove v. City of Rehoboth Beach, Delaware
           C.A. No. 05-514 (KAJ)

Dear Judge Jordan:

    Attached is a proposed form of Scheduling Order that has been agreed upon by the parties. If Your Honor has any questions or concerns about the attached, counsel will address them at the October 5, 2005 teleconference scheduled in this matter.

                              Respectfully,

                              Todd C. Schiltz (I.D. No. 3253)
            For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

TCS/ck
Attachment

cc:    Clerk of the Court (w/attachment, via e-filing)
       Walter Speakman, Esquire (w/attachment, via first-class mail)
       Daniel Griffith, Esquire (w/attachment, via email)

WIL:54421.1/sok014-230196