

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Todd C. Schiltz
Direct Dial: (302) 777-0312
Direct Fax: (302) 778-7812
E-mail: tschiltz@wolfblock.com

October 12, 2005

**VIA HAND DELIVERY**

Honorable Kent A. Jordan
United States District Court
844 King Street
Room 6325
Wilmington, DE 19801

    Re:   Sokolove v. City of Rehoboth Beach, Delaware
            C.A. No. 05-514 (KAJ)

Dear Judge Jordan:

    Enclosed is the Rule 16 (b) Scheduling Order that incorporates the dates the parties and the Court agreed upon during the October 5, 2005 teleconference in this matter. The attached has been reviewed by all parties and there are no objections. We respectfully request that the Court enter the Scheduling Order at its convenience.

                                       Respectfully,

                                       Todd C. Schiltz (I.D. No. 3253)
             For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

TCS/ck
Attachment

cc:   Clerk of the Court (w/attachment, via e-filing)
       Walter Speakman, Esquire (w/attachment, via first-class mail)
       Daniel Griffith, Esquire (w/attachment, via email)

WIL:54648.1/sok014-230196