IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SOKOLOVE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-514-KAJ |
| | ) | |
| CITY OF REHOBOTH BEACH, DELAWARE, ET AL., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

Shawn P. Tucker (#3326)
Todd C. Schiltz (#3253)
Wolf, Block, Schorr & Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 777-0312
tschiltz@wolfblock.com
Attorneys for Plaintiffs

Date: October 18, 2005

WIL:54656.1/sok014-230196

**_Exhibit_**                                                                                                                    **_Tab_**

*Hearing Transcript of July 26, 2005*..................................................................................1

*Deposition of David Murphy* ...........................................................................................2

*Deposition of Alexander Onizuk* ......................................................................................3

*Plaintiff's Exhibit 1 introduced at Preliminary Injunction Hearing*...........................................4

*Plaintiff's Exhibit 2 introduced at Preliminary Injunction Hearing*...........................................5

*Plaintiff's Exhibit 4a introduced at Preliminary Injunction Hearing*..........................................6

*Plaintiff's Exhibit 4b introduced at Preliminary Injunction Hearing*..........................................7

*Plaintiff's Exhibit 4c introduced at Preliminary Injunction Hearing*..........................................8

*Plaintiff's Exhibit 4d introduced at Preliminary Injunction Hearing*..........................................9

*Plaintiff's Exhibit 4e introduced at Preliminary Injunction Hearing*........................................10

*Plaintiff's Exhibit 5 introduced at Preliminary Injunction Hearing*..........................................11

*Plaintiff's Exhibit 7 introduced at Preliminary Injunction Hearing*..........................................12

*Plaintiff's Exhibit 10 introduced at Preliminary Injunction Hearing*........................................13

*Plaintiff's Exhibit 11 introduced at Preliminary Injunction Hearing*........................................14

*Plaintiff's Exhibit 12 introduced at Preliminary Injunction Hearing*........................................15

*Plaintiff's Exhibit 13 introduced at Preliminary Injunction Hearing*........................................16

*Plaintiff's Exhibit 14 introduced at Preliminary Injunction Hearing*........................................17

*Plaintiff's Exhibit 15 introduced at Preliminary Injunction Hearing*........................................18

*Plaintiff's Exhibit 17 introduced at Preliminary Injunction Hearing*........................................19

*Plaintiff's Exhibit 18 introduced at Preliminary Injunction Hearing*........................................20

*Plaintiff's Exhibit 19 introduced at Preliminary Injunction Hearing*........................................21

*Plaintiff's Exhibit 20 introduced at Preliminary Injunction Hearing*........................................22

*Plaintiff's Exhibit 21 introduced at Preliminary Injunction Hearing* ...................................... 23

*Plaintiff's Exhibit 22 introduced at Preliminary Injunction Hearing* ...................................... 24

*Plaintiff's Exhibit 23 introduced at Preliminary Injunction Hearing* ...................................... 25

*Plaintiff's Exhibit 24 introduced at Preliminary Injunction Hearing* ...................................... 26

*Plaintiff's Exhibit 25 introduced at Preliminary Injunction Hearing* ...................................... 27

*Plaintiff's Exhibit 26 introduced at Preliminary Injunction Hearing* ...................................... 28

*Defendant's Exhibit 2a introduced at Preliminary Injunction Hearing* ................................. 29

*Defendant's Exhibit 2b introduced at Preliminary Injunction Hearing* ................................. 30

*Defendant's Exhibit 2c introduced at Preliminary Injunction Hearing* .................................. 31

*Defendant's Exhibit 2d introduced at Preliminary Injunction Hearing* ................................. 32