*Tab 4*

Location of plaintiffs' campaign signs that the City removed prior to 11:00 a.m. on

Saturday, July 9, 2005:

    i)     59 Lake Ave. - four signs removed; one from flower pot, one from flower box, two from flower beds

    ii)    59 Lake Ave. - two signs removed from grass on either end of parking spots in front of restaurant

    iii)   Seawitch bed and breakfast located on Lake Ave. - two signs removed; one from property owner's front lawn and one from area between curb and sidewalk

    iv)   Bewitched bed and breakfast located on Lake Ave. - two signs removed; one from property owner's front lawn and one from area between curb and sidewalk

    v)    Bedazzled bed and breakfast located on Lake Ave. - two signs removed; one from property owner's front lawn and one from area between curb and sidewalk

    vi)   Back entrance to municipal parking lot - one sign removed from grass next to stop sign

    vii)  Triangular park next to Breakers Hotel - two signs removed; one from point of triangle (near the intersection of Lake and Olive) and one from the corner of Second Street and Lake Ave.

PX 1