*Tab 5*

Location of plaintiffs' campaign signs that City removed between 6:00 p.m. and 11:30 p.m. on Saturday, July 9, 2005:

i) 59 Lake Ave. - four signs removed; one from flower pot, one from flower box, two from flower beds

ii) 59 Lake Ave. - two signs removed from grass on either end of parking spots in front of restaurant

iii) Seawitch bed and breakfast located on Lake Ave. - one sign removed from area between curb and sidewalk

iv) Bewitched bed and breakfast located on Lake Ave. - one sign removed from area between curb and sidewalk

v) Bedazzled bed and breakfast located on Lake Ave. - one sign removed from area between curb and sidewalk

vi) Back entrance to municipal parking lot - one sign removed from grass next to stop sign

vii) Triangular park next to Breakers Hotel - two signs removed; one from point of triangle (believed to be at the intersection of Lake and Olive) and one from the corner of Second Street and Lake Ave.

viii) Intersection on Lake Ave. where Bad Hair Day Salon is located - three signs removed from intersection corners; one located in landscaping of Bad Hair Day Salon, one near stop sign, and one in Lake Gerar Park

PX 2