*Tab 6*



4A