*Tab 7*



4b