*Tab 8*



4c