*Tab 9*



4d