*Tab 10*



4e