*Tab 12*

### § 74-12. Commercial handbills; names of printer and distributor required.

All commercial handbills which are distributed, deposited, scattered, handed out or circulated in any place or under any circumstances shall have printed on the corner, front or back thereof, the following information:

A. The name and address of the person who printed, wrote, compiled or manufactured such handbill.

B. The name and address of the person who caused such handbill to be distributed.

### § 74-13. Distribution of handbills prohibited where premises properly posted.

No person shall throw, deposit or distribute any commercial or noncommercial handbill upon any private premises if requested by anyone thereon not to do so or if there is placed on such premises in a conspicuous position near the entrance thereto a sign bearing the words "No Trespassing," "No Peddlers or Agents," "No Advertisement" or any similar notice indicating in any manner that the occupants of such premises do not desire to be annoyed or to have their right to privacy disturbed or to have any such handbills left upon their premises.

### § 74-14. Hours of distribution.

No person shall distribute or deposit any commercial or noncommercial handbills daily from 8:00 p.m. to 8:00 a.m. of the following morning.[2]

ARTICLE II
Signs
[Amended 8-11-1995 by Ord. No. 895-1]

### § 74-15. Definitions.

As used in this article, the following terms shall have the meanings indicated:

SIDEWALK — Includes that area from the edge of the sidewalk adjoining the abutting owner to the curbline of the abutting street.

SIGN — Includes the definitions of the term as set forth in Chapter 270, Zoning, § 270-4, of this Code.

### § 74-16. Posting signs on public property prohibited.

No person shall keep, maintain or post any private advertisement, poster or sign upon or on any beach or strand or public boardwalk, park, sidewalk, street or other public property or way within the limits of the city.

---

[2] Editor's Note: Former § 3-16, Commercial distributors of handbills; license required, which immediately followed this section, was repealed 8-10-1984 by Ord. No. 884-3.