# *Tabs 13-26*

Case 1:05-cv-00514-GMS    Document 34-20    Filed 10/18/2005    Page 1 of 2

*Original document on file in Clerk's Office*