*Tab 27*



P-25