*Tab 28*









