*Tab 29*



2 A