*Tab 30*



2b