*Tab 31*



2C