*Tab 32*

Case 1:05-cv-00514-GMS     Document 34-26     Filed 10/18/2005     Page 1 of 2



2D