UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political action committee, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF REHOBOTH BEACH, DELAWARE, and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, <br><br>Defendants. | Case No. 05-514-KAJ |

### AFFIDAVIT OF SCOTT W. STERL

Commonwealth of Virginia    )
                            )  ss:
County of Fairfax           )

I, Scott W. Sterl, hereby declare and aver as follows:

1.  I reside at 1473 Waggaman Circle, MacLean, Virginia and have a second home at 12 Hickman Street, Rehoboth Beach, Delaware.

2.  Attached hereto as Exhibits 1 through 13 are photographs taken on October 17, 2005. The pictures fairly and accurately portray scenes in the Rehoboth Beach, Delaware as they appeared on that date. Those pictures show the following:

    (a)  BLUE HEN trash removal sign located on a dumpster on the 100 block of Hickman Street (Exhibit 1);

    (b)  Moor Disposal sign located on a dumpster located on Scarborough Avenue between Stockley Street and Norfolk Street (Exhibit 2);

WIL:53223.1/999999-999999

(c) Open House sign located near intersection of Scarborough Avenue and Norfolk Street (Exhibit 3);

(d) Coldwell Banker realtor sign located near intersection of Scarborough Avenue and Stockley Street (Exhibit 4);

(e) FOR SALE By Owner sign located on Scarborough Avenue near New Castle Street (Exhibit 5);

(f) Coldwell Banker realtor sign located on Scarborough Avenue near New Castle Street (Exhibit 6);

(g) Coldwell Banker realtor sign located at the northwest corner of the intersection of Canal Street and State Street (Exhibit 7);

(h) REMAX Realty Group realtor sign located at the northeast corner of the intersection of Canal Street and State Street (Exhibit 8);

(i) Oak Grove Motor Court sign located on Rehoboth Avenue at the canal bridge (Exhibit 9);

(j) Century 21 realtor sign located on Rehoboth Avenue circle (Exhibit 10);

(k) Coldwell Banker realtor sign located near intersection of Bayard Avenue and Stockley Street (Exhibit 11);

(l) Open House signs located near intersection of Bayard Avenue and Norfolk Street (Exhibit 12); and

(m) Century 21 and Open House signs located at 202 Norfolk Street (Exhibit 13).

_____

Sworn to before me this 17th day of October, 2005

PRAKAJAN UPRETY
Notary Public @ Fairfax, VA.
My commission expires: Nov. 30 '06