# *Exhibits 1-13*

*Original document on file in Clerk's Office*