## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on October 18, 2005, a copy of the attached Affidavit of Scott W. Sterle was served upon the following counsel of record:

### BY HAND-DELIVERY

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

### BY FIRST-CLASS MAIL

Walter W. Speakman, Jr., Esquire
Brown, Shiels, Beauregard & Chasanov
108 East Water Street
P.O. Drawer F
Dover, DE 19903

Todd C. Schiltz (No. 3253)

DATED: October 18, 2005

WIL:53606.1