UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political action committee, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REHOBOTH BEACH, DELAWARE, and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, <br><br> Defendants. | Case No. 05-514-KAJ |

**SECOND AFFIDAVIT OF ROBERT SOKOLOVE**

State of Delaware    )
                     )  ss:
County of Sussex     )

I, Robert Sokolove, hereby declare and aver as follows:

1.      I reside at 4 Norfolk Street, Rehoboth Beach, Delaware ("City").

2.      In 2005, I unsuccessfully ran for Mayor of the City. I may run for office in the 2006 municipal election and I intend to run for office in the future. When I run for office, I intend to erect campaign signs in support of my candidacy.

3.      Citizens for Rehoboth Beach is a political action committee which supported my candidacy in the 2005 municipal election. I am a founding member of Citizens for Rehoboth Beach. In the future, Citizens for Rehoboth Beach will support political candidates for office in City government and it plans to pay for and/or erect campaign signs supporting such candidates.

WIL:54607.1/sok014-230196

- 2 -

    4.    Attached hereto as Exhibits A through K are photographs taken on October 9, 2005. The pictures fairly and accurately portray scenes in the City as they appeared on that date. Those pictures show the following:

    (a)    Art League sign located on corner of 1st Street and Lake Avenue (Exhibit A);

    (b)    Art League sign located on corner of 2nd Street and Henlopen Avenue (Exhibit B);

    (c)    Oak Grove Trailer Park sign located on Canal Street (Exhibit C);

    (d)    Coldwell Banker realtor sign located at the northwest corner of the intersection of Canal Street and State Street (Exhibit D);

    (e)    REMAX Realty Group realtor sign located at the northeast corner of the intersection of Canal Street and State Street (Exhibit E);

    (f)    Coldwell Banker realtor sign located at the median of Scarborough Avenue at Stockley Street (Exhibit F);

    (g)    FOR SALE BY OWNER realtor sign located in the 600 block of Scarborough Avenue (Exhibit G);

    (h)    Coldwell Banker realtor sign located in the median of the 600 block of Scarborough Avenue (Exhibit H); and

    (i)    Jack Lingo realtor sign located on Henlopen Avenue near 1st Street (Exhibit I);

(j)  Prudential realtor sign located at 46 Henlopen Avenue (Exhibit J); and

(k)  Painting contractor sign located on Henlopen Avenue between 2nd Street and 3rd Street (Exhibit K).

5.  Attached hereto as Exhibit L is a Village Improvement Association sign located at Grenoble Place. This picture was taken on or about July 18, 2005; however, it is an accurate representation of the scene on October 9, 2005.

6.  It is my understanding that each of the signs shown on Exhibits A through L are erected on City property or City right-of-way.

_____
Robert Sokolove

Sworn to before me this __17__ day of October, 2005

_____
Notary Public

My commission expires: 9/16/05

KAREN L. MUMFORD
NOTARY PUBLIC, State of Delaware
My Commission Expires September 16, 2009