# *Exhibits A-L*

*Original document on file in Clerk's Office*