### CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on October 18, 2005, a copy of the attached

Second Affidavit of Robert Sokolove was served upon the following counsel of record:

#### BY HAND-DELIVERY

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

#### BY FIRST-CLASS MAIL

Walter W. Speakman, Jr., Esquire
Brown, Shiels, Beauregard & Chasanov
108 East Water Street
P.O. Drawer F
Dover, DE  19903

Todd C. Schiltz (No. 3253)

DATED:  October 18, 2005

WIL:53606.1