UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, )<br>WILLIAM SHIELDS, and CITIZENS FOR )<br>REHOBOTH BEACH, a political action committee,)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF REHOBOTH BEACH, DELAWARE, )<br>and GREGORY FERRESE, individually and as )<br>Manager of the City of Rehoboth Beach, Delaware, )<br>)<br>Defendants. ) | Case No. 05-514-KAJ |

**NOTICE OF PAPER FILING WITH THE COURT**

PLEASE TAKE NOTICE that Exhibits 13 through 26 of the Compendium of Exhibits in Support of Plaintiffs' Opening Brief in Support of Their Motion for Partial Summary Judgment have been submitted to the Court in a paper filing and were not filed electronically. The Exhibits were not filed electronically because they are photographs and could not be legibly reproduced in an electronic format.

_____
Shawn P. Tucker, Esq. (#3326)
Todd C. Schiltz. Esq. (#3253)
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Plaintiffs

Date:   October 18, 2005

WIL:54740.1/sok014-230196

## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on October 18, 2005, a copy of the attached Notice of Paper Filing was served upon the following counsel of record:

### BY HAND-DELIVERY

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

### BY FIRST-CLASS MAIL

Walter W. Speakman, Jr., Esquire
Brown, Shiels, Beauregard & Chasanov
108 East Water Street
P.O. Drawer F
Dover, DE 19903

_____
Todd C. Schiltz (No. 3253)

DATED: October 18, 2005

WIL:53606.1