UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political action committee, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REHOBOTH BEACH, DELAWARE, and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, <br><br> Defendants. | Case No. 05-514-KAJ |

**NOTICE OF PAPER FILING WITH THE COURT**

PLEASE TAKE NOTICE that Exhibits A through L of the Second Affidavit of Robert Sokolove, an affidavit which is filed in support of Plaintiffs' Motion for Partial Summary Judgment, have been submitted to the Court in a paper filing and were not filed electronically. The Exhibits were not filed electronically because they are photographs and could not be legibly reproduced in an electronic format.

_____
Shawn P. Tucker, Esq. (#3326)
Todd C. Schiltz. Esq. (#3253)
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Plaintiffs

Date:   October 18, 2005

WIL:54681.1/sok014-230196

## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on October 18, 2005, a copy of the attached Notice of Paper Filing was served upon the following counsel of record:

### BY HAND-DELIVERY

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

### BY FIRST-CLASS MAIL

Walter W. Speakman, Jr., Esquire
Brown, Shiels, Beauregard & Chasanov
108 East Water Street
P.O. Drawer F
Dover, DE 19903

Todd C. Schiltz (No. 3253)

DATED: October 18, 2005