# WolfBlock

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Todd C. Schiltz
Direct Dial: (302) 777-0312
Direct Fax: (302) 778-7812
E-mail: tschiltz@wolfblock.com

October 18, 2005

**VIA HAND DELIVERY**

Honorable Kent A. Jordan
United States District Court
844 King Street
Room 6325
Wilmington, DE 19801

    Re:    Sokolove v. City of Rehoboth Beach, Delaware
             C.A. No. 05-514 (KAJ)

Dear Judge Jordan:

    Enclosed are courtesy copies of Plaintiffs' Motion for Partial Summary Judgment and the Brief, Affidavits and Compendium of Exhibits filed in support thereof.

                                   Respectfully,

                                   Todd C. Schiltz (I.D. No. 3253)
                For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

TCS/ck
Attachment

cc:    Clerk of the Court (w/attachment, via e-filing)
       Walter Speakman, Esquire (w/attachment, via first-class mail)
       Daniel Griffith, Esquire (w/attachment, via hand-delivery)

WIL:54743.1/sok014-230196

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership