UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-514-KAJ |
| ) | |
| CITY OF REHOBOTH BEACH, DELAWARE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF FILING OF
AMENDED AND SUPPLEMENTAL VERIFIED COMPLAINT**

THE PARTIES HEREBY STIPULATE AND AGREE, pursuant to Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure, that plaintiffs Robert Sokolove, David McCarthy, William Shields and Citizens for Rehoboth Beach may file the Amended and Supplemental Verified Complaint, a copy of which is attached as Exhibit A. A blackline showing the changes in the amended pleading is attached as Exhibit B.

| | |
|---|---|
| Shawn P. Tucker, Esq. (#3326)<br>Todd C. Schiltz. Esq. (#3253)<br>Wolf Block Schorr and Solis-Cohen LLP<br>1100 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 777-0312<br>    Attorneys for Plaintiffs | Daniel A. Griffith (#4209)<br>Marshall, Dennehey, Warner,<br>    Coleman & Goggin<br>1220 North Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>(302) 552-4317<br><br>Walter W. Speakman, Jr. (#1085)<br>Brown, Shiels, Beauregard &<br>    Chasanov<br>108 East Water Street<br>P.O. Drawer F<br>Dover, DE 19903 |

October 31, 2005

WIL:54870.1/sok014-230196