UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, )<br>WILLIAM SHIELDS, and CITIZENS FOR )<br>REHOBOTH BEACH, a political action committee,)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF REHOBOTH BEACH, DELAWARE, )<br>and GREGORY FERRESE, individually and as )<br>Manager of the City of Rehoboth Beach, Delaware, )<br>)<br>Defendants. ) | Case No. 05-514 (KAJ) |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on November 4, 2005, I caused a true and correct copy of Plaintiffs' First Request for Production of Documents, Requests for Admission and Interrogatories to be served on the below counsel of record by the manner indicated:

**Via Hand-Delivery**

Daniel A. Griffith, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

**Via First-Class Mail**

Walter W. Speakman, Jr., Esquire
Brown Shiels Beauregard & Chasanov
108 East Water Street
P.O. Drawer F
Dover, DE 19903

WIL:54943.1/sok014-230196

                         WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

By: _____
     Shawn P. Tucker (#3326)
     Todd C. Schiltz (#3253)
     1100 N. Market Street, Suite 1001
     Wilmington, DE 19801
     (302) 777-0312
     Attorney for Plaintiffs

Dated: November 4, 2005

## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on November 4, 2005, a copy of the Notice of Service of Discovery was served upon the following counsel of record:

### BY HAND-DELIVERY

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

### BY FIRST-CLASS MAIL

Walter W. Speakman, Jr., Esquire
Brown, Shiels, Beauregard & Chasanov
108 East Water Street
P.O. Drawer F
Dover, DE 19903

_____
Todd C. Schiltz (No. 3253)

DATED: November 4, 2005

WIL:53606.1