EXHIBIT F

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05 - 514 |
| v. | ) ) | |
| CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, | ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF GREGORY FERRESE

| | | |
|---|---|---|
| State of Delaware | ) | |
| | ) | ss: |
| County of Sussex | ) | |

I, Gregory Ferrese, hereby declare and aver as follows:

1.      I am the named Defendant in the above-referenced matter and have personal knowledge of the facts set forth herein.

2.      At all times relevant to this litigation, I have been the City Manager for the City of Rehoboth Beach.

3.      As City Manager, my responsibilities include ensuring, to the best of my ability, that City Ordinance § 74-16, concerning the placement of signage in the City, is enforced appropriately. the date the above-captioned litigation was filed, naming me as a Defendant, in the United States District Court for the District of Delaware.

4.      I attended and testified at the hearing on Plaintiffs' application for a preliminary injunction on July 26, 2005.  Following the hearing, I read the Court's Memorandum Opinion (attached hereto as Exhibit "A") denying the application.

5.      Since the issuance of the Court's Memorandum Opinion, City Ordinance § 74-16 (attached hereto as Exhibit "B"), governing the allowable locations and placements of signage throughout the City of Rehoboth Beach, Delaware, has been enforced in accordance with its terms and the terms of the Court's Memorandum Opinion.

Gregory Ferrese

Sworn to before me this _8th_ day of November, 2005

Notary Public

My commission expires: _____

BARBARA L. BUNTING
Notary Public, Delaware
My Commission Expires _9/15/06_