# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,**<br><br>**Defendants.** | **Case No. 05 - 514** |

## DEFENDANTS', CITY OF REHOBOTH BEACH AND GREGORY FERRESE, OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, Defendants, City of Rehoboth Beach and Gregory Ferrese, by and through its counsel, Marshall, Dennehey, Warner, Coleman & Goggin, hereby responds to and opposes Plaintiffs' Motion for Partial Summary Judgment and in support thereof offers the attached Brief in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

**/s/ Daniel A. Griffith**
**DANIEL A. GRIFFITH, ESQUIRE**
1220 N. Market St., 5th Floor
DE ID 4209
P.O. Box 8888
Wilmington, DE  19899-8888
*Attorney for Defendants,*
City of Rehoboth Beach and
Gregory Ferrese

DATED: November 8, 2005
\15_A\LIAB\DAGRIFFITH\DISC\316745\LAREFNER\20021\00101

PDF created with pdfFactory Pro trial version www.pdffactory.com