## CERTIFICATE OF SERVICE

I, **DANIEL A. GRIFFITH**, hereby certify that on this ___8th___ day of ___November___, 2005, caused two (2) copies of the foregoing **DEFENDANTS', CITY OF REHOBOTH BEACH AND GREGORY FERRESE, <u>OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND  DEFENDANTS' OPENING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>** to be served via E-FILE and by regular mail on counsel for the parties at the following address:

Shawn Tucker, Esquire
Duane Morris LLP
1100 North Market Street,
Suite 1200
Wilmington, DE 19801-1246

Eugene McKinley, Jr., Esq.
Fletcher, Heald & Hildreth, PLC
1300 North Market Street, 11th Fl.
Arlington, VA 22209

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: __/s/ Daniel A. Griffith__
DANIEL A. GRIFFITH, ESQUIRE
I.D. No.  4209
1220 N. Market St., 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4317

**DATED November 8, 2005**

PDF created with pdfFactory Pro trial version www.pdffactory.com