## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,**<br><br>**Defendants.** | **Case No. 05 - 514** |

## ORDER

**AND NOW**, to wit, having considered Plaintiffs', Robert Sokolove, David McCarthy, William Shileds, and Citizens for Rehoboth Beach, Motion for Partial Summary Judgment, and all responses thereto,

**IT IS HEREBY ORDERED** this _____ day of _____, 2005, that Plaintiffs' Motion for Partial Summary Judgment is DENIED.

**IT IS SO ORDERED,**

_____
Judge

\15_A\LIAB\DAGRIFFITH\SLPG\316744\LAREFNER\20021\00101

PDF created with pdfFactory Pro trial version www.pdffactory.com