UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,<br><br>Defendants. | Case No. 05 - 514 |

## NOTICE AND CERTIFICATE OF SERVICE

I, **DANIEL A. GRIFFITH**, hereby certify that on this __13th__ day of __December__, 2005, caused two (2) copies of the foregoing **DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS,** to be served via E-File and by Fax on counsel for the parties at the following address:

Shawn Tucker, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Eugene McKinley, Jr., Esq.
Fletcher, Heald & Hildreth, PLC
1300 North Market Street, 11th Fl.
Arlington, VA 22209

        **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

        BY: /s/ Daniel A. Griffith
            DANIEL A. GRIFFITH, ESQUIRE
            I.D. No. 4209
            1220 N. Market St., 5th Floor
            P.O. Box 8888
            Wilmington, DE 19899-8888
            (302) 552-4317

DATED: December 13, 2005
\15_A\LIAB\DAGRIFFITH\SLPG\322894\LAREFNER\15000\15000