UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH**, a political committee,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF REHOBOTH BEACH, DELAWARE** and **GREGORY FERRESE**, individually and as Manager of the City of Rehoboth Beach, Delaware,<br><br>Defendants. | Case No. 05 - 514 |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

**PLEASE TAKE NOTICE** that on December 19, 2005, I caused true and correct copies of *Defendants' Responses to Plaintiffs' First Requests For Production Of Documents And Interrogatories* to be served on the below counsel of record by the manner indicated:

**Via Hand Delivery**
Todd Schiltz, Esquire
Wolf Block
Wilmington Trust Center
Suite 1001
1100 N. Market Street
Wilmington, DE 19801

**Via Hand Delivery**
Shawn Tucker, Esquire
Duane Morris LLP
1100 North Market Street,
Suite 1200
Wilmington, DE 19801-1246

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:   /s/ Daniel A. Griffith, Esquire
**DANIEL A. GRIFFITH, ESQUIRE**
**ID No. 4209**
1220 North Market St., 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
*Attorney for Defendants*

Date: December 19, 2005