IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 05-514-KAJ |
| CITY OF REHOBOTH BEACH, DELAWARE, ET AL., | ) ) ) ) |
| Defendants. | ) |

## ORDER

At Wilmington this **20th** day of **December, 2005,**

IT IS ORDERED that the status teleconference presently set for **January 9, 2006 at 4:30 p.m.** is hereby rescheduled to **January 9, 2006 at 2:00 p.m.**

Counsel for plaintiffs shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE