# *Exhibit "A"*

Case 1:05-cv-00514-GMS    Document 53-2    Filed 01/03/2006    Page 1 of 3

MINUTES: Regular Meeting of the Commissioners of Rehoboth Beach, Delaware
August 11, 1995, 7:00 p.m., City Hall, Rehoboth Beach, Delaware

Mayor Cooper called the meeting to order at 7:00 p.m.
Mr. Hyde offered the Invocation, followed by the Pledge of Allegiance to the Flag.
The Secretary called the Roll.

PRESENT:
President — Samuel R. Cooper, Mayor
Vice President — John F. Hyde
Secretary — Richard J. Darley
Commissioner — B A Cochran
Commissioner — John A. Salin
Commissioner — Warren H. MacDonald
City Solicitor — Walter Speakman
City Manager — Gregory Ferrese

ABSENT: Commissioner — Jan Konesey

## Correspondence

The Secretary read letters from:

1. **The Rehoboth Beach Public Library, Dee Bradley**: This letter asked for permission to erect a 4' x 8' sign in front of the reading garden to keep the public informed of the progress of the campaign "The Next Chapter, A Library for the 21st Century".

2. **Southern Delaware Choral Society, Elizabeth Hochholzer**: This letter asked for token support of support for the World Premier of a major musical work being presented in April, 1996.

Miss Cochran asked what the City policy is regarding this? Mayor Cooper noted that the City once gave $5,000 per year to the YMCA and the Senior Center. However, when Kimber Vought was Mayor, it was decided that the City didn't want to fund the operating budgets, but would possibly help with capital campaign. The Commissioners gave to the Boy Scouts, the Little League, and the Christmas Parade.

There was no desire to contribute to the Choral Society.

## Approval of Minutes

Mr. Hyde made a *motion* to approve the minutes of the July 14 regular meeting, seconded by Miss Cochran.

Motion carried -- "Aye"

## Report of the Police Department

Chief Doyle reported for the month of July, 1995:

681 Arrests: 534 Traffic; 147 Criminal. 42 Cases were heard by the Alderman's Court #37. Total fines collected in the amount of: $26,159.72.

The restaurant application for Club Flamingo to be located at 137 Rehoboth Avenue was heard at a special meeting on July 31, 1995, and the request was denied.

The owner of 6 St. Michael's Place was notified that a new deck had been built without a building permit and was encroaching into the required side and rear yard setbacks. They have ten (10) days to apply for a variance or remove the deck.

The owner of 151 Henlopen Avenue was notified that the property had been illegally converted from two apartments into three apartments and that an inspection was required.

All businesses have been notified of their outstanding fees for the license year 1995-96 and to date, there are seven (7) remaining unpaid.

**Old Business**
Chapter 3, Article 2, Regarding Signs
Mr. MacDonald reported on this matter. Mrs. Frederick agrees with most of the suggestions. Mr. Speakman thinks a hearing is needed. Mr. MacDonald thought it was just housekeeping and clarification to meet current practice.

Mr. MacDonald read the resolution and made a *motion* to adopt it, seconded by Mr. Salin.

Motion carried -- 6 Aye

Mr. Ferrese asked Mrs. Frederick if she has a sign log of pictures of all signs. Mrs. Frederick stated she does.

Mr. MacDonald asked if those pictures can be scanned into the main system. Mayor Cooper said yes.

Mr. MacDonald read the ordinance amending Chapter 3, Section 3-17.

Mayor Cooper asked that the word park be added.

Mr. MacDonald made a *motion* to adopt the ordinance as amended, seconded by Mr. Hyde.

Miss Cochran asked if this includes political signs? Mayor Cooper stated that the City can't prohibit them unless they are obstructing the view, etc. It is freedom of speech.

The question was called on the motion.

Motion carried -- 6 Aye

Deauville Beach Lease Agreement
Mr. MacDonald reported that the resolution would authorize the signing of the lease and authorize the Mayor and City Manager to work with the Division of Parks and Recreation. Mr. MacDonald then read the resolution.