

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Todd C. Schiltz
Direct Dial: (302) 777-0312
Direct Fax: (302) 778-7812
E-mail:   tschiltz@wolfblock.com

February 10, 2006

**VIA HAND DELIVERY**

Honorable Kent A. Jordan
United States District Court
844 King Street
Room 6325
Wilmington, DE 19801

  Re: Sokolove v. City of Rehoboth Beach, Delaware
    C.A. No. 05-514 (KAJ)

Dear Judge Jordan:

  On January 9, 2006, Your Honor held a scheduling conference in this matter during which Your Honor ruled that the discovery cutoff would be extended to April 14, 2006, the dispositive motion deadline would be extended to May 12, 2006 and all other dates and deadline set forth in the October 13, 2005 scheduling order would remain the same. Your Honor asked plaintiff to prepare a stipulation and order memorializing this change to the October 13 scheduling order.

  Later that day, I sent defense counsel a copy of a proposed stipulation and order requesting comments and defense counsel advised me he would sign the proposed stipulation and order "in the relatively near future." Notwithstanding this representation and notwithstanding plaintiffs' repeated requests that the stipulation be signed, to date defense counsel has not signed the stipulation.

  In accordance with Your Honor's January 9 rulings, plaintiffs respectfully request that the Court enter the attached order modifying the scheduling order. The attached is substantively identical to the stipulation and order defense counsel previously said he would sign.

WIL:57255.1/sok014-230196

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

Judge Jordan
February 10, 2006
Page 2

Respectfully,

*/s/ Todd C. Schiltz*

Todd C. Schiltz (I.D. No. 3253)
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

TCS/ck
Attachment

cc: Clerk of the Court (via e-filing)
    Walter Speakman, Esquire (via first class mail)
    Daniel Griffith, Esquire (via e-filing)

WIL:57255.1/sok014-230196