UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF REHOBOTH BEACH, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 05-514-KAJ<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, on October 13, 2005, the Court entered a Scheduling Order setting February 28, 2006, as the date by which discovery in this matter must be completed and March 30, 2006, as the date by which the parties must file case dispositive motions in this matter.

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that the Scheduling Order is modified as follows: discovery in this matter must be initiated so as to be completed on or before April 14, 2006, and case dispositive motions must be filed on or before May 12, 2006. All other dates and deadlines set forth in the Scheduling Order will remain the same.

                                                                                                                               _____
                                                                                                                               United States District Court Judge

WIL:57256.1/sok014-230196