**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**

February 10, 2006

The Honorable Kent A. Jordan, U.S.D.J.
United States District Court
District of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

    Re:    Robert Sokolove v. Rehoboth Beach
            Our File No: 20021-00101
            Case No: 05-514 KAJ

Dear Judge Jordan:

    In response to plaintiff's counsel's letter of this date enclosing a proposed form of Scheduling Order, please be advised that Defendants have no objection to the proposed form of Scheduling Order.

                                Very truly yours,

                                /s/ Daniel A. Griffith I.D. #4209

                                DANIEL A. GRIFFITH

DAG/lar

cc:    All Counsel of Record