IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-514-KAJ |
| | ) |
| CITY OF REHOBOTH BEACH, DELAWARE, ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **10th** day of **February, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **March 3, 2006 at 4:30 p.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE