IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee, | ) ) ) ) ) | Case No. 05-514 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | ) ) ) ) | |

**ENTRY OF APPEARANCE**

**PLEASE ENTER THE APPEARANCE** of Chase T. Brockstedt, Esq. on behalf of plaintiffs, Robert Sokolove, David McCarthy and William Shields.

                        MURPHY SPADARO & LANDON

                        /s/ Chase T. Brockstedt
                        CHASE T. BROCKSTEDT
                        1011 Centre Road, #210
                        Wilmington, DE  19805
                        (302) 472-8109
                        Attorney for Plaintiffs
                        Robert Sokolove, David McCarthy and William Shields

February 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | Case No. 05-514 |

**CERTIFICATE OF SERVICE**

I, Chase T. Brockstedt, Esq., do hereby certify that on this 27th day of February, 2006, two copies of the foregoing **ENTRY OF APPEARANCE** were delivered via First Class Mail to the following individual(s):

Daniel A. Griffith, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Todd C. Schiltz, Esquire
Wolf Block Schorr and Solis-Cohen LLP
Wilmington Trust Center, Suite 1001
1100 North Market Street
Wilmington, DE 19801

MURPHY SPADARO & LANDON

/s/ Chase T. Brockstedt
CHASE T. BROCKSTEDT
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8109
Attorney for Plaintiffs
Robert Sokolove, David McCarthy
and William Shields