IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee,<br><br>          Plaintiffs,<br><br>          v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | Case No. 05-514 |

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Chase T. Brockstedt, Esquire hereby withdrawals his appearance in the captioned matter serving as counsel for plaintiffs, Robert Sokolove, David McCarthy and William Shields.

                                                MURPHY SPADARO & LANDON

                                                /s/ Chase T. Brockstedt
                                                Chase T. Brockstedt, ID No. 3815
                                                1011 Centre Road, #210
                                                Wilmington, DE  19805
                                                (302) 472-8100
                                                Attorney for Plaintiffs
                                                Robert Sokolove, David McCarthy and William Shields

February 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee, | ) ) ) ) ) | Case No. 05-514 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | ) ) ) ) | |

**CERTIFICATE OF SERVICE**

I, Chase T. Brockstedt, Esq., do hereby certify that on this 27th day of February, 2006, two copies of the foregoing **WITHDRAWAL OF APPEARANCE** were delivered via First Class Mail to the following individual(s):

Daniel A. Griffith, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Todd C. Schiltz, Esquire
Wolf Block Schorr and Solis-Cohen LLP
Wilmington Trust Center, Suite 1001
1100 North Market Street
Wilmington, DE 19801

MURPHY SPADARO & LANDON

/s/ Chase T. Brockstedt
Chase T. Brockstedt, ID No. 3815
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8100
Attorney for Plaintiffs
Robert Sokolove, David McCarthy and William Shields