IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | Case No. 05-514 |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Roger D. Landon, Chase T. Brockstedt and Philip T. Edwards on behalf of plaintiffs, Robert Sokolove, David McCarthy and William Shields.

            MURPHY SPADARO & LANDON

            /s/ Roger D. Landon
            ROGER D. LANDON, ID No. 2460
            CHASE T. BROCKSTEDT, ID No. 3815
            PHILIP T. EDWARDS, ID No. 4393
            1011 Centre Road, #210
            Wilmington, DE 19805
            (302) 472-8100
            Attorney for Plaintiffs
            Robert Sokolove, David McCarthy
            and William Shields

February 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee, | ) ) ) ) ) | Case No. 05-514 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | ) ) ) ) | |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 27th day of February, 2006, two copies of the foregoing **ENTRY OF APPEARANCE** were delivered via First Class Mail to the following individual(s):

Daniel A. Griffith, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Todd C. Schiltz, Esquire
Wolf Block Schorr and Solis-Cohen LLP
Wilmington Trust Center, Suite 1001
1100 North Market Street
Wilmington, DE 19801

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, ID No. 2460
CHASE T. BROCKSTEDT, ID No. 3815
PHILIP T. EDWARDS, ID No. 4393
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8100
Attorney for Plaintiffs
Robert Sokolove, David McCarthy
and William Shields