IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | Case No. 05-514 |

**NOTICE OF SERVICE**

TO:    Daniel A. Griffith, Esquire        Todd C. Schiltz, Esquire
        Marshall Dennehey Warner        Wolf Block Schorr and Solis-Cohen LLP
        Coleman & Goggin        Wilmington Trust Center, Suite 1001
        1220 Market Street, 5th Floor        1100 North Market Street
        P.O. Box 8888        Wilmington, DE 19801
        Wilmington, DE 19899-8888

**PLEASE TAKE NOTICE** that I, Chase T. Brockstedt, Esquire, do hereby certify that on this 14th day of March, 2006, two copies of the foregoing **PLAINTIFFS', ROBERT SOKOLOVE, DAVID MCCARTHY AND WILLIAM SHIELDS, FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS.**

                MURPHY SPADARO & LANDON

                /s/ Chase T. Brockstedt
                ROGER D. LANDON, ID No. 2460
                CHASE T. BROCKSTEDT, ID No. 3815
                PHILIP T. EDWARDS, ID No. 4393
                1011 Centre Road, #210
                Wilmington, DE 19805
                (302) 472-8100
                Attorneys for Plaintiffs
                Robert Sokolove, David McCarthy
                and William Shields

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee, | ) ) ) ) ) | Case No. 05-514 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | ) ) ) ) | |

**PLAINTIFFS', ROBERT SOKOLOVE, DAVID MCCARTHY & WILLIAM SHIELDS, FIRST SET OF INTERROGATORIES <u>DIRECTED TO ALL DEFENDANTS</u>**

## INSTRUCTIONS

Throughout these interrogatories, whenever you are requested to "identify" a communication of any type, and such communication was oral, the following information should be furnished:

(a) By whom it was made and to whom it was directed;

(b) Its specific subject;

(c) The date upon which it was made;

(d) Who else was present when it was made;

(e) Whether it was recorded, described or summarized in any writing of any type; if so, identify each such writing in the manner indicated above.

Whenever you are requested to "identify" a communication, memorandum or record of any type, and such communication was written, the following information should be furnished (in place of identification, production is acceptable):

    (a)    Its nature, e.g. letter, memorandum, telegram, note, drawing, etc.;

    (b)    Its specific subject;

    (c)    By whom it was made and to whom it was directed;

    (d)    The date upon which it was made;

    (e)    Who has possession of the original and any copies.

Whenever a person is to be "identified", you should furnish, except as otherwise noted:

    (a)    Name and present or last known address, and

    (b)    If a corporation, the state of incorporation.

## INTERROGATORIES

1.    State the factual and legal basis for the "First Separate Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

2.    State the factual and legal basis for the "Second Separate Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

3.    State the factual and legal basis for the "Third Separate Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

4. State the factual and legal basis for the "Four Separate Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

5. State the factual and legal basis (understanding Defendants bear the burden of proof) for the "Fifth Affirmative Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

6. State the factual and legal basis (understanding Defendants bear the burden of proof) for the "Sixth Affirmative Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

7. State the factual and legal basis (understanding Defendants bear the burden of proof) for the "Seventh Affirmative Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

8.      State the factual and legal basis (understanding Defendants bear the burden of proof) for the "Eighth Affirmative Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

9.      State the factual and legal basis (understanding Defendants bear the burden of proof) for the "Ninth Affirmative Defense" as stated in Defendants' Answer to Plaintiffs' Amended and Supplemental Verified Complaint with Separate Defenses, and produce all documents related to such defense.

MURPHY SPADARO & LANDON

/s/ Chase T. Brockstedt
ROGER D. LANDON, ID No. 2460
CHASE T. BROCKSTEDT, ID No. 3815
PHILIP T. EDWARDS, ID No. 4393
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8100
Attorneys for Plaintiffs
Robert Sokolove, David McCarthy
and William Shields

March 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS, and CITIZENS FOR REHOBOTH BEACH, a political committee,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware | Case No. 05-514 |

**CERTIFICATE OF SERVICE**

I, Chase T. Brockstedt, Esq., do hereby certify that on this 14th day of March, 2006, two copies of the foregoing **PLAINTIFFS', ROBERT SOKOLOVE, DAVID MCCARTHY AND WILLIAM SHIELDS, FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS** were delivered via First Class Mail to the following individual(s):

Daniel A. Griffith, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Todd C. Schiltz, Esquire
Wolf Block Schorr and Solis-Cohen LLP
Wilmington Trust Center, Suite 1001
1100 North Market Street
Wilmington, DE 19801

MURPHY SPADARO & LANDON

/s/ Chase T. Brockstedt
ROGER D. LANDON, ID No. 2460
CHASE T. BROCKSTEDT, ID No. 3815
PHILIP T. EDWARDS, ID No. 4393
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8100
Attorneys for Plaintiffs
Robert Sokolove, David McCarthy
and William Shields