| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, )<br>)<br>)<br>)<br>Defendants. ) | Case No. 05 - 514 |

## NOTICE OF DEPOSITION

TO: Shawn Tucker, Esq., 1100 North Market Street, Suite 1200, Wilmington, DE 19801-1246
Todd Schiltz, Esq., Suite 1001, 1100 N. Market Street, Wilmington, DE 19801
Roger D. Landon, Esq., 1011 Centre Rd., Ste. 200, Wilmington, DE 19805

That the undersigned attorney will take the oral deposition of the following individuals, in the above-captioned matter on April 10, 2006 beginning at at the times indicated below in the offices of Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market St., 5th Floor, Wilmington, DE 19801.

| | |
|---|---|
| Robert Sokolove | 10:00 a.m. |
| David McCarthy | 12:00 p.m. |
| William Shields | 2:00 p.m. |
| Representative for Citizens for Rehoboth Beach | 4:00 p.m. |



/s/ Daniel A. Griffith, Esquire Id. No. 4209
1220 N. Market St., 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
*Attorney for Defendants,*

Dated: March 20, 2006