## CERTIFICATE OF SERVICE

      I, Daniel A. Griffith, Esquire, hereby certify that on March 20, 2006, I caused true and correct copies of Notice of Depositions, to be served upon the following counsel of record via e-filing and First Class Mail:

Shawn Tucker, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Todd Schiltz, Esquire
Wolf Block
Wilmington Trust Center
Suite 1001
1100 N. Market Street
Wilmington, DE 19801

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 200
Wilmington, DE 19805

      **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

**BY:**   _/s/ Daniel A. Griffith, Esquire_
**DANIEL A. GRIFFITH, ESQUIRE**
**ID NO. 4209**
1220 North Market St., 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
*Attorney for Defendants*

Dated: March 20, 2006

\15_A\LIAB\JVWORK\SLPG\341310\LAREFNER\20021\00101