## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS** and **CITIZENS FOR REHOBOTH BEACH**, a political committee, ) ) ) ) | |
| Plaintiffs, ) | Case No. 05 - 514 |
| ) | |
| v. ) | |
| ) | |
| **CITY OF REHOBOTH BEACH, DELAWARE** and **GREGORY FERRESE**, individually and as Manager of the City of Rehoboth Beach, Delaware, ) ) ) ) ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

Todd Schiltz, Esquire  
Wolf, Block, Schorr & Solis-Cohen, LLP  
Wilmington Trust Center, Suite 1001  
1100 N. Market Street  
Wilmington, DE 19801

Roger D. Landon, Esquire  
Chase T. Brockstedt, Esquire  
Philip T. Edwards, Esquire  
Murphy, Spadaro & Landon  
1011 Centre Rd., Ste. 200  
Wilmington, DE 19805

**PLEASE TAKE NOTICE** that I, Daniel A. Griffith, Esquire, to hereby certify the on this 2nd day of May, 2006, copies of the foregoing Defendants' Responses to Plaintiffs' First Set of Interrogatories were served by e-file and regular mail on counsel for the parties.

MARSHALL, DENNEHEY, WARNER,  
COLEMAN & GOGGIN

/s/ Daniel A. Griffith  
DANIEL A. GRIFFITH, ESQUIRE  
I.D. No. 4209  
1220 N. Market St., 5th Flr  
P.O. Box 8888  
Wilmington, DE 19899-8888  
(302) 552-4317  
Email: dagriffith@mdwcg.com