UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ROBERT SOKOLOVE, et al.,            )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )   Case No. 05-514-KAJ
                                    )
CITY OF REHOBOTH BEACH, et al.,     )
                                    )
          Defendants.               )

**STIPULATED CONSENT JUDGMENT AND ORDER**

WHEREAS, plaintiffs Robert Sokolove, David McCarthy, William Shields and Citizens for Rehoboth Beach ("Plaintiffs") filed a Verified Complaint seeking damages and temporary, preliminary and permanent injunctive relief against defendants City of Rehoboth Beach, Delaware and Gregory Ferrese, the manager of the city (collectively, "Defendants"), alleging, among other things, that (i) City Ordinance § 74-16 ("Ordinance") is unconstitutional on its face, (ii) Defendants selectively enforced the Ordinance during a time period preceding an August 2005 municipal election and have continued in such selective enforcement since, and (iii) Defendants' selective enforcement of the Ordinance is unconstitutional and violated Plaintiffs' constitutional rights (the "Action"); and

WHEREAS, Defendants filed an Answer to the Verified Complaint denying (i) that the Ordinance is unconstitutional on it's face; and (ii) that the Ordinance was enforced selectively or in a manner which violated Plaintiffs' constitutional rights; and

WHEREAS, subject to the approval of the Court, the parties wish to resolve the Action on the terms set forth in this Stipulated Consent Judgment and Order.

#354376 v1 - Sokolove - REALLY final Consent Judgment

AND NOW, this _____ day of _____ 2006, upon the consent of the parties, by and through their undersigned counsel, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiffs;

2. Defendants shall pay Plaintiffs $2,001.00;

3. Defendant City of Rehoboth Beach, Delaware shall adopt, on or before July 15, 2006, an ordinance ("New Ordinance") which sets forth and clarifies the manner in which the Ordinance will be enforced ;

4. Once the New Ordinance is adopted, defendant City of Rehoboth Beach, Delaware shall change the manner in which it enforces the Ordinance only by amending the terms of the New Ordinance;

5. Defendants shall enforce the Ordinance (including the New Ordinance and any amendments therefore) in a consistent, non-selective manner;

6. Plaintiffs retain the right to apply to the Court for an award of costs and attorneys' fees pursuant to 42 U.S.C. § 1988;

7. Plaintiffs shall be considered "Prevailing Parties" for, including but not limited to, purposes of this Action and any application made pursuant to 42 U.S.C. § 1988; and

8. The Court shall retain jurisdiction over the parties and this Action for purposes of enforcing the terms of the Stipulated Consent Judgment and Order and determining any application for attorneys' fees or costs.

- 3 -

_____
Judge Kent A. Jordan

| WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP | MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN |
|---|---|
| */s/ Shawn P. Tucker* | */s/ Daniel A Griffith* |
| Shawn P. Tucker (#3326) | Daniel A Griffith (#4209) |
| Todd C. Schiltz (#3253) | 1220 North Market Street |
| 1100 North Market Street, Suite 1001 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 552-4317 |
| (302) 777-0312 | |
| | Attorneys for defendants |
| Attorneys for plaintiff Citizens for Rehoboth Beach | |

MURPHY, SPADARO & LANDON

_____
Chase Brockstedt (#3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8109

Attorneys for plaintiffs
Robert Sokolove, David McCarthy
and William Shields

## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on May 26, 2006, a copy of the Stipulated Consent Judgment and Order was served upon the following counsel of record:

**BY HAND-DELIVERY**

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Chase Brockstedt, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

_____
Todd C. Schiltz (No. 3253)

DATED: May 26, 2006

WIL:59499.1