# EXHIBIT C

AN ORDINANCE TO AMEND CHAPTER 74 OF THE
MUNICIPAL CODE OF REHOBOTH BEACH, DELAWARE, 2001
RELATING TO SIGNS

WHEREAS, it has been determined that there is a need to clarify the manner in which Section 74-16 of the Municipal Code of The City of Rehoboth Beach shall be enforced.

**BE IT ORDAINED** by the Commissioners of The City of Rehoboth Beach, in session met, in the manner following to-wit:

**Section 1.** Chapter 74, the Municipal Code of The City of Rehoboth Beach, Delaware, 2001 as amended be and the same is hereby further amended by adding a new section 74-17 as follows:

**§74-17. Enforcement.**

A. Enforcement of this Article shall be consistent, and without regard to the individual, natural person, company, partnership, association, society, club, firm, corporation, organization, political action group, or any other group acting as a unit, responsible for keeping, maintaining or posting any private advertisement, poster or sign upon public property.

B. Any advertisement, poster or sign kept, maintained or posted upon public property may be removed by the City of Rehoboth Beach. The individual or entity responsible for keeping, maintaining or posting any private advertisement, poster or sign upon public property that has been removed pursuant to the provisions of this Article may be required to pay a fine not to exceed $20 and may also be required to pay the reasonable costs of removal and a reasonable charge for storage, not to exceed $5 for each day or part thereof the private advertisement, poster or sign is so stored.

C. Pursuant to §74-16 of this Article and no other provision, in areas not readily identifiable as public property, any private advertisement, poster or sign not within the following areas shall be permitted to remain unless and until the area is conclusively determined to be public property:

    (1) Traffic islands, defined as public property bound by public roads;

    (2) Where there is a road but no sidewalk and no utility pole, the area between the edge of the pavement and eight (8) feet extended perpendicular to the road;

    (3) Where there is a road and a sidewalk but no utility pole, the area between the edge of the pavement and the furthest edge of the sidewalk; and

    (4) Where there is a road and a utility pole, the area including the edge of the pavement and the furthest edge of the utility pole.

D. This Article shall not apply to any private advertisement, poster or sign on public property as of May 1, 2006.