## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on October 20, 2006, a copy of the Motion for Contempt was served upon the following counsel of record:

### BY HAND-DELIVERY

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Chase Brockstedt, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

/s/ Todd C. Schiltz
Todd C. Schiltz (No. 3253)

DATED: October 20, 2006

WIL:59499.1