**EXHIBIT "A"**

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

**Direct Dial:** 302-552-4317
**Email:** dagriffith@mdwcg.com

August 14, 2006



Chase Brockstedt, Esquire
Murphy, Spadaro & Landon
1011 Centre Rd., Ste. 200
Wilmington, DE 19805

Todd Schiltz, Esquire
Wolf, Block, Schorr & Solis-Cohen, LLP
Wilmington Trust Center
Suite 1001
1100 N. Market Street
Wilmington, DE 19801

Re:   Robert Sokolove v. Rehoboth Beach
      Our File No: 20021-00101
      Case No: 05-514 KAJ

Dear Chase and Todd:

It does not appear (based on my August 9, 2006 discussion with Todd) that we will be able to reach an amicable resolution of the counsel fee issue without submitting it to Judge Jordan. Under the circumstances, I believe that it makes sense for us to have a check issued for the $2001.00 amount set forth in the Stipulated Order and Judgment. Please let me know at your earliest convenience the identity of the person (to whom) the check should be made payable. If a law firm is to be included on the check, please let me know the tax identification number of the law firm.

Thank you for your attention to this matter.

Very truly yours,

DANIEL A. GRIFFITH  /s/ DAG

DAG/hr

\15_A\LIAB\DAGRIFFITH\CORR\370483\HXRUSSO\20021\00101