UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05 - 514 |
|---|---|---|

### CERTIFICATE OF SERVICE

I, Daniel A. Griffith, Esquire, hereby certify that on November 10, 2006, I caused true and correct copies of *Defendants' Answer and Opposition to Plaintiffs' Motion for Contempt*, to be served upon the following counsel of record via U.S. Mail, postage pre-paid:

Todd Schiltz, Esquire
Wolf, Block, Schorr & Solis-Cohen, LLP
Wilmington Trust Center
Suite 1001
1100 N. Market Street
Wilmington, DE 19801

Chase Brocksted, Esquire
Murphy, Spadaro & Landon
1011 Centre Rd., Ste. 200
Wilmington, DE 19805

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   */s/ Daniel A. Griffith, Esquire*
DANIEL A. GRIFFITH, ESQUIRE
ID No. 4209
1220 North Market St., 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants