**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION     www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**FLORIDA**
Fort Lauderdale
Jacksonville
Orlando
Tampa

**OHIO**
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**



November 22, 2006

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

     Re:    Robert Sokolove v. Rehoboth Beach
              Our File No: 20021-00101
              Case No: 05-514 KAJ

Dear Judge Jordan:

    Plaintiffs' "Motion for Contempt" is presently pending before this Court.  One aspect of the application relates to a $2,001 settlement check.  Attached is correspondence dated today from me to Plaintiffs' counsel addressing (and hopefully resolving) this aspect of the Motion for Contempt.

                            Respectfully submitted,

                            /s/ *Daniel A. Griffith*

                            Daniel A. Griffith

DAG/hr
Enclosure

\15_A\LIAB\DAGRIFFITH\CORR\391855\HXRUSSO\20021\00101