**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION · www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**



November 22, 2006

Todd Schiltz, Esquire
Wolf, Block, Schorr & Solis-Cohen, LLP
Wilmington Trust Center
Suite 1001
1100 N. Market Street
Wilmington, DE 19801

    Re:    Robert Sokolove v. Rehoboth Beach
            Our File No: 20021-00101
            Case No: 05-514 KAJ

Dear Todd:

    I realized upon receipt of Plaintiffs' Reply in Support of Plaintiffs' Motion for Contempt that you apparently did, in fact, provide me with the payee information concerning the $2,001 settlement check in response to my request and that I apparently overlooked that portion of your e-mail, (inasmuch as the e-mail was primarily related to the larger issue of resolving Plaintiffs' application for counsel fees). Immediately upon receipt of Plaintiffs' Reply, I had the $2,001 settlement draft ordered and I am enclosing it along with this correspondence.

                                Very truly yours,

                                /s/ *Daniel A. Griffith*

                                Daniel A. Griffith

DAG/hr
Enclosure

\15_A\LIAB\DAGRIFFITH\CORR\391851\HXRUSSO\20021\00101