# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

ROBERT SOKOLOVE, et al.,                    :
                                            :
                    Plaintiffs,             :
                                            :
        v.                                  :    Civil Action No. 05-514-***
                                            :
CITY OF REHOBOTH BEACH, et al.,             :
                                            :
                    Defendants.             :

## <u>ORDER</u>

At Wilmington, Delaware, this **20**th day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Monday, March 19, 2007 at 3:00 p.m. Eastern Time. Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE