**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT SOKOLOVE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-514-*** |
| | : | |
| CITY OF REHOBOTH BEACH, et al., | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

At Wilmington, Delaware, this **20th day of March, 2007.**

IT IS ORDERED that a teleconference with Judge Thynge has been scheduled for **Thursday, March 29, 2007 at 8:30 a.m.** to discuss possible mediation tentatively set for May 7, 2007.  **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE