A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**



March 29, 2007

**VIA E-FILE**

The Honorable Mary Pat Thynge, U.S.M.J.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    **Robert Sokolove v. Rehoboth Beach**
            **Our File No: 20021-00101**
            **Case No: 05-514\*\*\***

Dear Judge Thynge:

    As an initial matter, I apologize for my absence from this morning's teleconference concerning Defendants' insurance carrier's amenability to mediation on the issues of: (1) the outstanding counsel fee issue; and (2) the constitutionality of the revised Enforcement Order.

    By way of explanation, as I advised the Court and counsel earlier I intended to participate in the teleconference from my home (during my son's 3rd birthday party). Unfortunately, our home phone reception was erratic this morning and my cell phone was stolen two days ago. I tried to get through during the teleconference but by the time I reached the Court the teleconference was nearing its conclusion. Again, I apologize to both Your Honor and to all counsel.

The Honorable Mary Pat Thynge, U.S.M.J.
March 29, 2007
Page 2

_____

       With respect to the substance of the issues, I understand the Court has tentatively scheduled mediation for May 7, 2007. As I intended to convey to the parties and to the Court during the teleconference, we are prepared to participate in the mediation, I believe the mediation will be productive and look forward to seeing Your Honor on May 7.

                                  Respectfully submitted,

                                  /s/ *Daniel A. Griffith*

                                  Daniel A. Griffith

cc:    Roger D. Landon, Esquire
        Todd C. Schiltz, Esquire
        Glenn C. Mandalas, Esquire (via e-mail)

\15_A\LIAB\DAGRIFFITH\CORR\418430\HXRUSSO\20021\00101