IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,<br><br>  Defendants. | Case No. 05 - 514 |

## ENTRY OF APPEARANCE

TO:  Roger D. Landon, Esquire           Todd C. Schiltz, Esquire
     Murphy, Spadaro & Landon           Wolf, Block, Schorr & Solis-Cohen
     1011 Centre Road                   Wilmington Trust Center
     Suite 210                          1100 North Market Street, Suite 1001
     Wilmington, DE  19805              Wilmington, DE  19801

  PLEASE TAKE NOTICE:  John A. Macconi, Jr., Esquire, of the Firm of Marshall Dennehey Warner Coleman & Goggin, hereby enters his appearance on behalf of Defendants, in addition to the appearance previously entered by Daniel A. Griffith, Esquire, of the same Firm.

| | |
|---|---|
| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| */s/ Daniel A. Griffith*<br>Daniel A. Griffith, Esq. (I.D. No. 4209)<br>1220 North Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899 – 8888<br>Tel.: 302.552.4317<br>Fax.: 302.651.7905<br>e-mail: dgriffith@mdwcg.com<br>*Counsel for Defendants* | */s/ John A. Macconi, Jr.*<br>John A. Macconi, Jr., Esq. (I.D. No. 4430)<br>1220 North Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899 - 8888<br>Tel.: 302.552.4377<br>Fax.: 302.651.7905<br>e-mail: jamacconi@mdwcg.com<br>*Counsel for Defendants* |

Dated: August 2, 2007

\15_A\LIAB\DAGRIFFITH\LLPG\443154\LAREFNER\20021\00101