IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware, <br><br> Defendants. | Case No. 05 - 514 |

## CERTIFICATE OF SERVICE

John A. Macconi, Jr., Esquire, hereby certifies that on August 2, 2007, he caused true and correct copies of the attached *Entry of Appearance* to be served on the following persons in the manner indicated:

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805

Todd C. Schiltz, Esquire
Wolf, Block, Schorr & Solis-Cohen
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

*Via E-File and 1st Class U.S. Mail, postage prepaid*

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

*/s/ John A. Macconi, Jr.*
John A. Macconi, Jr., Esquire (I.D. No. 4430)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 - 8888
Tel.: 302.552.4377
Fax.: 302.651.7905
e-mail: jamacconi@mdwcg.com
*Counsel for Defendants*

\15_A\LIAB\DAGRIFFITH\LLPG\443168\LAREFNER\20021\00101