IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SOKOLOVE, DAVID | ) | |
| MCCARTHY, WILLIAM SHIELDS, | ) | Case No. 05-514 |
| and CITIZENS FOR REHOBOTH | ) | |
| BEACH, a political committee, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF REHOBOTH BEACH, | ) | |
| DELAWARE and GREGORY FERRESE, | ) | |
| individually and as Manager of the City of | ) | |
| Rehoboth Beach, Delaware | ) | |

## <u>SUBSTITUTION OF COUNSEL</u>

PLEASE TAKE NOTICE THAT attorney Chase T. Brockstedt and the firm of

Bifferato Gentilotti hereby enter their appearance in the above-captioned matter as

substituted counsel to plaintiffs Robert Sokolove, David McCarthy, William Shields, and

Citizens for Rehoboth Beach, a political committee, and the firm of Murphy & Landon

hereby withdraws its appearance.


MURPHY & LANDON                           BIFFERATO GENTILOTTI


/s/ Roger D. Landon                          /s/ Chase T. Brockstedt
Roger D. Landon (ID No. 2460)              Chase T. Brockstedt (ID No. 3815)
1011 Centre Road, Suite 210               119 West 3rd Street
Wilmington, DE   19805                    P.O. Box 90
(302) 472-8100                            Lewes, DE 19958
                                          (302) 644-0402

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT SOKOLOVE, DAVID                )
MCCARTHY, WILLIAM SHIELDS,            )          Case No. 05-514
and CITIZENS FOR REHOBOTH             )
BEACH, a political committee,         )
                                      )
              Plaintiffs,             )
                                      )
       v.                             )
                                      )
CITY OF REHOBOTH BEACH,               )
DELAWARE and GREGORY FERRESE,         )
individually and as Manager of the City of )
Rehoboth Beach, Delaware              )

## CERTIFICATE OF SERVICE

I, Chase T. Brockstedt, Esq., do hereby certify that on this 29th day of August,

2007, two copies of the foregoing **SUBSTITUTION OF COUNSEL** were delivered via

First Class Mail to the following individual(s):

Daniel A. Griffith, Esquire            Todd C. Schiltz, Esquire
Marshall Dennehey Warner               Wolf Block Schorr and Solis-Cohen LLP
Coleman & Goggin                       Wilmington Trust Center, Suite 1001
1220 Market Street, 5th Floor          1100 North Market Street
P.O. Box 8888                          Wilmington, DE 19801
Wilmington, DE 19899-8888

                                 BIFFERATO GENTILOTTI


                                 /s/ Chase T. Brockstedt
                                 Chase T. Brockstedt (ID No. 3815)
                                 119 West 3rd Street
                                 P.O. Box 90
                                 Lewes, DE 19958
                                 (302) 644-0402
                                 Attorney for Plaintiffs
                                 Robert Sokolove, David McCarthy
                                 and William Shields