IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-514-KAJ |
| ) | |
| CITY OF REHOBOTH BEACH, ) | |
| DELAWARE, ET AL., ) | |
| ) | |
| Defendants. ) | |

**WITHDRAWAL OF MOTION FOR CONTEMPT**

Plaintiffs Robert Sokolove, David McCarthy, William Shields and Citizens for Rehoboth Beach, by and through their undersigned counsel, hereby withdraw their Motion for Contempt (D.I. 75) which sought an Order finding that defendants failed to comply with this Court's May 26, 2006 Order and directing defendants to comply with this Court's May 26, 2006 Order.

| | |
|---|---|
| WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP | BIFFERATO GENTILLOTTI, LLC |
| | |
| /s/ Todd C. Schiltz | /s/ Chase Brockstedt |
| Shawn P. Tucker (#3326) | Chase Brockstedt (#3815) |
| Todd C. Schiltz (#3253) | 119 East 3rd Street |
| 1100 North Market Street, Suite 1001 | P.O. Box 90 |
| Wilmington, DE 19801 | Lewes, Delaware 19958 |
| (302) 777-0312 | (302) 644.0302 |
| | |
| Attorneys for plaintiff | Attorneys for plaintiffs |
| Citizens for Rehoboth Beach | Robert Sokolove and David McCarthy |

September 6, 2007