## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of September, 2007, a copy of the "Withdrawal of Motion for Contempt" was electronically served on the following counsel of record:

**Daniel A. Griffith, Esquire**
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

**Glenn C. Mandalas, Esquire**
Prickett, Jones & Elliott, P.A.
11 North State Street
Dover, DE 19901

                                            */S/ Todd C. Schiltz*
                                            Todd C. Schiltz, Esq. (#3253)