### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SOKOLOVE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-514-KAJ |
| | ) | |
| CITY OF REHOBOTH BEACH, | ) | |
| DELAWARE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR COSTS AND ATTORNEYS' FEES

Plaintiffs Robert Sokolove, David McCarthy, William Shields and Citizens for Rehoboth

Beach, by and through their undersigned counsel, hereby files this Motion for Costs and

Attorneys' Fees.  The grounds for this motion are set forth in greater detail in Plaintiffs' Opening

Brief filed contemporaneously with this Motion.


WOLF, BLOCK, SCHORR and          BIFFERATO GENTILLOTTI, LLC
     SOLIS-COHEN LLP


/s/ Shawn P. Tucker                    /s/ Chase Brockstedt
Shawn P. Tucker (#3326)             Chase Brockstedt (#3815)
Todd C. Schiltz (#3253)              119 East 3rd Street
1100 North Market Street, Suite 1001      P.O. Box 90
Wilmington, DE 19801              Lewes, Delaware 19958
(302) 777-0312                    (302) 644.0302

Attorneys for plaintiff              Attorneys for plaintiffs
Citizens for Rehoboth Beach         Robert Sokolove and David
                                    McCarthy


September 21, 2007