**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT SOKOLOVE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-514-KAJ |
| | ) |
| CITY OF REHOBOTH BEACH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFFS' MOTION**
**FOR COSTS AND ATTORNEYS' FEES**

Upon consideration of Plaintiffs' Motion for Costs and Attorneys' Fees and Defendants' response thereto, it is hereby

ORDERED that, Plaintiffs' Motion for Costs and Attorneys Fees in the amount of

_____ ($_____) is hereby GRANTED.

_____
United States Bankruptcy Court Judge

Dated: _____, 2007

WIL:68837.1/SOK014-230196