## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21st day of September, 2007, a copy of the Plaintiffs' Motion for Costs and Attorneys' Fees, Opening Brief In Support Thereof and Compendium Of Exhibits was electronically served on the following counsel of record:

**Daniel A. Griffith, Esquire**
Marshall, Dennehey, Warner, Coleman
& Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

**Glenn C. Mandalas, Esquire**
Prickett, Jones & Elliott, P.A.
11 North State Street
Dover, DE 19901

                                                      /S/ Shawn P. Tucker
                                                      Shawn P. Tucker, Esq. (#3326)