# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SOKOLOVE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-514-KAJ |
| ) | |
| CITY OF REHOBOTH BEACH, ) | |
| DELAWARE, ET AL., ) | |
| ) | |
| Defendants. ) | |

## COMPENDIUM OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR COSTS AND ATTORNEYS' FEES

WOLF, BLOCK, SCHORR and                    BIFFERATO GENTILOTTI, LLC
SOLIS-COHEN LLP

Todd C. Schiltz (#3253)                    Chase Brockstedt (#3815)
Shawn P. Tucker (#3326)                    119 East 3rd Street
1100 North Market Street, Suite 1001       P.O. Box 90
Wilmington, Delaware 19801                 Lewes, Delaware 19958
(302) 777-0312                             (302) 644-0302

*Attorneys for plaintiff*                  *Attorneys for plaintiffs*
*Citizens for Rehoboth Beach*              *Robert Sokolove, David*
                                           *McCarthy and William Shields*

September 21, 2007

WIL:68828.1/SOK014-230196