# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT SOKOLOVE, DAVID MCCARTHY, WILLIAM SHIELDS and CITIZENS FOR REHOBOTH BEACH, a political committee,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 05 – 514*** |
| **v.** | ) ) ) | |
| **CITY OF REHOBOTH BEACH, DELAWARE and GREGORY FERRESE, individually and as Manager of the City of Rehoboth Beach, Delaware,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

Daniel A. Griffith, Esquire, hereby certifies that on October 15, 2007, he caused a true and correct copy of *Defendants' Answering Brief in Opposition to Plaintiffs' Motion for Costs and Attorneys' Fees*, to be served on the following persons in the manner indicated:

Chase Traver Brockstedt, Esquire
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805

Todd C. Schiltz, Esquire
Wolf, Block, Schorr & Solis-Cohen
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

*Via E-File*

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

*/s/ Daniel A. Griffith  DE ID No. 4209*
Daniel A. Griffith, Esquire (I.D. No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 - 8888
Tel.: 302.552.4317
Fax.: 302.651.7905
e-mail: dagriffith@mdwcg.com
*Counsel for Defendants*