## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of November, 2007, a copy of the Plaintiffs' Reply Brief in Support of Their Motion for Costs and Attorneys' Fees was electronically served on the following counsel of record:

**Daniel A. Griffith, Esquire**
Marshall, Dennehey, Warner, Coleman
& Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

**Glenn C. Mandalas, Esquire**
Prickett, Jones & Elliott, P.A.
11 North State Street
Dover, DE 19901

    /S/ Shawn P. Tucker
    Shawn P. Tucker, Esq. (#3326)